UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NICOLE VAN DORN, as Surviving Spouse
and Personal Representative for the Estate
of Lt. J. WESLEY VAN DORN, USN,
deceased;

AMY SNYDER, as Surviving Spouse and
Personal Representative for the Estate of Lt.
SEAN CHRISTOPHER SNYDER, USN,
deceased;

CHEYENNE COLLINS, as Surviving Spouse
and Personal Representative for the Estate of
Petty Officer 3rd Class BRIAN ANDREW
COLLINS, USN, deceased; and

Petty Officer 2nd Class DYLAN MORGAN
BOONE, USN,

            Plaintiffs

v.

SIKORSKY AIRCRAFT CORPORATION;
SIKORSKY SUPPORT SERVICES, INC. dba
SIKORSKY AEROSPACE SERVICES;
HELICOPTER SUPPORT, INC.; DERCO
AEROSPACE, INC.; UNITED
TECHNOLOGIES CORPORATION;
LOCKHEED MARTIN CORPORATION;

GENERAL ELECTRIC COMPANY; GE
AVIATION, LLC;

E.I. DU PONT DE NEMOURS & CO.; THE

Case No.: 3:15-cv-01877-AWT

February 25, 2016

DOW CHEMICAL COMPANY; and

L-3 COMMUNICATIONS CORPORATION

        Defendants

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned in the above-captioned matter on behalf of the defendants Sikorsky Aircraft Corporation and Sikorsky Support Services, Inc. d/b/a Sikorsky Aerospace Services .

February 25, 2016

        SIKORSKY AIRCRAFT CORPORATION and
        SIKORSKY SUPPORT SERVICES, INC. D/B/A
        SIKORSKY AEROSPACE SERVICES

        By Counsel

        /s/ Frank G. Usseglio
        FRANK G. USSEGLIO
        Fed Bar No.: ct08213
        KENNY O'KEEFE & USSEGLIO, P.C.
        21 Oak Street, Suite 208
        Hartford, Connecticut 06106
        Phone:   (860) 246-2700
        Fax:      (860) 246-6480
        fusseglio@kou-law.com

## CERTIFICATION

I hereby certify that on this 25th day of February, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electric filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                  /s/ Frank G. Usseglio
                                                  FRANK G. USSEGLIO