UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICOLE VAN DORN, as Surviving Spouse and Personal Representative for the Estate of Lt. J. WESLEY VAN DORN, USN, deceased; <br><br> AMY SNYDER, as Surviving Spouse and Personal Representative for the Estate of Lt. SEAN CHRISTOPHER SNYDER, USN, deceased; <br><br> CHEYENNE COLLINS, as Surviving Spouse and Personal Representative for the Estate of Petty Officer 3rd Class BRIAN ANDREW COLLINS, USN, deceased; and <br><br> Petty Officer 2nd Class DYLAN MORGAN BOONE, USN, <br><br> Plaintiffs <br><br> v. <br><br> SIKORSKY AIRCRAFT CORPORATION; SIKORSKY SUPPORT SERVICES, INC. dba SIKORSKY AEROSPACE SERVICES; HELICOPTER SUPPORT, INC.; DERCO AEROSPACE, INC.; UNITED TECHNOLOGIES CORPORATION; LOCKHEED MARTIN CORPORATION; <br><br> GENERAL ELECTRIC COMPANY; GE AVIATION, LLC; <br><br> E.I. DU PONT DE NEMOURS & CO.; THE DOW CHEMICAL COMPANY; and <br><br> L-3 COMMUNICATIONS CORPORATION <br> Defendants | Case No.: 3:15-cv-01877-AWT <br><br> JOINT STIPULATION TO DISMISS UNITED TECHNOLOGIES CORPORATION WITHOUT PREJUDICE <br><br> February 24, 2016 |

The plaintiffs by and through their attorneys, Kreindler & Kreindler LLP, and the Defendant, United Technologies Corporation ("UTC"), by and through its attorneys, Fitzpatrick & Hunt, Tucker, Pagano, Aubert, LLP, hereby stipulate to the dismissal of all claims in this case against UTC, without prejudice, and with the parties to bear their own costs, including attorneys' fees, subject to the following conditions:

1. Should plaintiffs deem it necessary to request discovery from UTC, they can request such discovery without having to go through the formal process necessary for nonparties. Plaintiffs can submit a letter request to UTC's counsel, Garrett Fitzpatrick, Fitzpatrick & Hunt, Tucker, Pagano, Aubert, LLP, Twelve East 49th Street, 31st Floor, New York, NY 10017. UTC shall respond to said requests pursuant to the Federal Rules of Civil Procedure, including all appropriate objections. If a dispute should arise on the discovery requests, the parties agree to comply with the discovery dispute resolution provisions under the District of Connecticut's Local Rules, but commit to mutually agree on a special master to address and resolve such disputes and equally share the costs to the extend the presiding judge does not object.

2. While UTC does not waive any available defenses, including the applicable statute of limitations and statute of repose existing on the date of service, UTC agrees to toll the applicable statutes of limitation and repose for one year from the date this stipulation was filed should evidence later develop that results in plaintiffs reinstituting the litigation against UTC.

Respectfully submitted,

By: _____
Andrew J. Maloney (CT 15639)
Francis G. Flemming
750 Third Avenue
New York, New York 10017
Tel.: (202) 687-8181
Fax: (202) 972-9432
Email: amaloney@kreindler.com
Email: fflemming@kreindler.com
*Attorneys for Plaintiff*

_____
Garrett Fitzpatrick
Twelve East 49th Street, 31st Floor
New York, New York 10017
Tel.: (202) 931-4002
Fax: (202) 937-4050
Email: garrett.fitzpatrick@fitzhunt.com
Attorney for United Technologies Corp.