UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICOLE VAN DORN, as Surviving Spouse and Personal Representative for the Estate of Lt. J. WESLEY VAN DORN, USN, deceased; | |
| AMY SNYDER, as Surviving Spouse and Personal Representative for the Estate of Lt. SEAN CHRISTOPHER SNYDER, USN, deceased; | |
| CHEYENNE COLLINS, as Surviving Spouse and Personal Representative for the Estate of Petty Officer 3rd Class BRIAN ANDREW COLLINS, USN, deceased; and | Case No.: 3:15-cv-01877-AWT |
| Petty Officer 2nd Class DYLAN MORGAN BOONE, USN, | |
| Plaintiffs | |
| v. | February 26, 2016 |
| SIKORSKY AIRCRAFT CORPORATION; SIKORSKY SUPPORT SERVICES, INC. dba SIKORSKY AEROSPACE SERVICES; HELICOPTER SUPPORT, INC.; DERCO AEROSPACE, INC.; UNITED TECHNOLOGIES CORPORATION; LOCKHEED MARTIN CORPORATION; | |
| GENERAL ELECTRIC COMPANY; GE AVIATION, LLC; | |
| E.I. DU PONT DE NEMOURS & CO.; THE DOW CHEMICAL COMPANY; and | |
| L-3 COMMUNICATIONS CORPORATION Defendants | |

### JOINT MOTION TO MODIFY ORDER ON PRETRIAL DEADLINES

Pursuant to Local Rule 7, the appearing parties to this action respectfully submit this joint motion to modify and extend the deadlines contained in the Court's Order on Pretrial Deadlines (Dkt # 2) ("Scheduling Order").

Plaintiffs, by and through their attorneys, Kreindler & Kreindler LLP, are in the process of negotiating stipulations of dismissals with respect to certain defendants. Plaintiffs then intend to file an Amended Complaint directed as to the remaining defendants only. The appearing parties jointly seek to extend the times for pretrial deadlines in order to accommodate the dismissal of certain parties, and the subsequent amendment of the complaint, and to ensure that the appropriate parties are involved in the filing of substantive motions directed at the pleadings and the Rule 26(f) conference.

Accordingly, the appearing parties respectfully request the following modifications to the Scheduling Order:

| Event | Current Date | New Proposed Date |
| --- | --- | --- |
| Amendment of the Complaint | February 26, 2016 | March 25, 2016 |
| Rule 26(f) Conference | March 10, 2016 | April 15, 2016 |
| Rule 26(f) Report | March 24, 2016 | April 29, 2016 |
| Motions to Dismiss based upon the pleadings | March 28, 2016 | April 29, 2016 |

All appearing parties join in this motion, which is the first such motion for modification of the Scheduling Order.

For all of the foregoing reasons, the appearing parties respectfully request that the Court grant the modifications requested in this motion.

Respectfully submitted,

By:  _____/S/_____  
Andrew J. Maloney, Esq.  
Fed Bar No.: ct15639  
Kreindler & Kreindler, LLP  
750 Third Avenue  
New York, New York 10017  
Tel.: (202) 687-8181  
Fax: (202) 972-9432  
Email: amaloney@kreindler.com  
*Attorneys for the Plaintiffs*

_____/S/_____  
Frank G. Usseglio, Esq.  
Fed Bar No.: ct08198  
Kenny, O'Keefe & Usseglio, P. C.  
21 Oak Street, Suite 208  
Hartford, Connecticut 06106  
Tel: (860) 246-2700  
Fax: (860) 246-6480  
Email: fusseglio@kou-law.com  
*Attorney for Defendants Sikorsky Aircraft Corporation and Sikorsky Support Services, Inc.*

## CERTIFICATION

I hereby certify that on this 26th day of February, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electric filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Frank G. Usseglio
FRANK G. USSEGLIO