# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

NICOLE VAN DORN, as Surviving Spouse
and Personal Representative for the Estate
of Lt. J. WESLEY VAN DORN, USN,
deceased;

AMY SNYDER, as Surviving Spouse and
Personal Representative for the Estate of Lt.
SEAN CHRISTOPHER SNYDER, USN,
deceased;

CHEYENNE COLLINS, as Surviving Spouse
and Personal Representative for the Estate of
Petty Officer 3rd Class BRIAN ANDREW
COLLINS, USN, deceased; and

Petty Officer 2nd Class DYLAN MORGAN
BOONE, USN,

        Plaintiffs

v.

SIKORSKY AIRCRAFT CORPORATION;
SIKORSKY SUPPORT SERVICES, INC. dba
SIKORSKY AEROSPACE SERVICES;

GENERAL ELECTRIC COMPANY; GE
AVIATION, LLC;

E.I. DU PONT DE NEMOURS & CO.; and

L-3 COMMUNICATIONS CORPORATION
        Defendants

Case No.: 3:15-cv-01877-AWT

March 16, 2016

## CORPORATE DISCLOSURE STATEMENT OF SIKORSKY AIRCRAFT CORPORATION AND SIKORSKY SUPPORT SERVICES, INC.

Defendants Sikorsky Aircraft Corporation and Sikorsky Support Services, Inc. hereby identify related entities pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and hereby certifies as follows:

1. Sikorsky Aircraft Corporation is wholly owned by Lockheed Martin Corporation, which is a publicly traded organization. State Street Corporation and State Street Bank and Trust Company own 10 % or more of Lockheed Martin Corporation's stock.

2. Sikorsky Support Services, Inc. is a wholly owned subsidiary of Sikorsky Aircraft Corporation, which is not publicly traded.

Respectfully submitted,

By:     /S/
Frank G. Usseglio, Esq.
Fed Bar No.: ct08198
Kenny, O'Keefe & Usseglio, P. C.
21 Oak Street, Suite 208
Hartford, Connecticut 06106
Tel: (860) 246-2700
Fax: (860) 246-6480
Email: fusseglio@kou-law.com
*Attorney for Defendants Sikorsky Aircraft Corporation and Sikorsky Support Services, Inc.*

## CERTIFICATION

I hereby certify that on this 16th day of March, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electric filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Frank G. Usseglio
FRANK G. USSEGLIO