# Affidavit of Service

Undisputed Legal Inc.
100 Fisher Ave., #401
White Plains, NY 10602

United States District Court, n/a County, Connecticut
Plaintiff / Petitioner: Nicole Van Doren, et al.,
vs.
Defendant / Respondent: Sikorsky Aircraft Corporation, et al.,
CASE NO.: Case no. 3:15-cv-01877-AWT

> Network Provided
> Time - 03:49 PM
> Date - March 21, 2016
> GPS
> 40.740540 -74.001907

I Wilson Pastoriza being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. On March 21, 2016 at 03:49 PM, I served:

Summons; Complaint; Copy of 12/30/15 letter to L-3 Communications corporation enclosing Notice of lawsuit and Request for Waiver of Summons; Judge Alvin W. Thompson's contact information and Rules; Order on Pretrial Deadlines; Electronic Filing Order; Standing Protective Order; Notice to Counsel; Motion for Extension of Time Scheduling Order; Order granting joint motion to modify order on pretrial deadlines; and Order re: Set Deadlines on:

L-3 Communications Corporation c/o CT Corporation by delivering the documents to Nora Dindyal who is the Person that is authorized by appointment or law to receive document of process for the defendant at L-3 Communications Corporation c/o CT Corporation located at 111 Eighth Avenue, New York, NY 10011 which is their usual place of business.

Said service was effected in the following manner: Corporation/Business Entity
A domestic corporation, by delivering thereat a true copy of each to L-3 Communications Corporation c/o CT Corporation personally. The deponent knew said L-3 Communications Corporation c/o CT Corporation so served to be the domestic corporation, described as L-3 Communications Corporation c/o CT Corporation and knew said individual to be the Person that is authorized by appointment or law to receive document of process for the defendant there of, authorized to accept service of process.

Deponent further states that deponent describes the person actually served Nora Dindyal as follows: Brown skin, Female, 5' 6", 150 - 160 lbs, Black hair, Brown eyes, glasses, 40 - 45 years

_____
Wilson Pastoriza          #1470737

**Notary Section**

Subscribed and affirmed, or sworn to before me this __24__ day of __March__, 20 __16__.

Notary Public: _____
Commission Expires: July 26, 2017
Caroll Ramsey - Notary Public
State of New York
No. 01RA6028190
Qualified in Nassau County