UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICOLE VAN DORN, as Surviving Spouse and Personal Representative for the Estate of: Lt. J. WESLEY VAN DORN, USN, deceased, et al | : : : : : | CIVIL NO. 3:15-cv-01877-AWT |
| Plaintiffs, | : : | |
| v. | : : | |
| SIKORSKY AIRCRAFT CORPORATON, et al | : : : | |
| Defendants. | : | MARCH 29, 2016 |

## **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Steven E. Arnold of SA Law, P.C. on behalf of the Defendant L-3 COMMUNICATIONS CORPORATION.

                                                         Respectfully submitted,

                                                         DEFENDANT
                                                         L-3 COMMUNICATIONS CORPORATION

                                                         BY  /s/ Steven E. Arnold_____
                                                            Steven E. Arnold ct07966
                                                            sea@salaw.us
                                                            SA Law, P.C.
                                                            8 Whittier Place, Suite 14F
                                                            Boston, MA 02114
                                                            Tel.  (617) 670-0868
                                                            Fax. (860) 904-2056

## **CERTIFICATION**

    I certify that on March 29, 2016, a copy of the foregoing was filed electronically and served by regular mail, postage prepaid, on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                            ____/s/ Steven E. Arnold_____
                                                                 Steven E. Arnold