UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Nicole Van Dorn, as Surviving Spouse and Personal Representative for the Estate of LT. J Wesley Van Dorn, USN, deceased;<br><br>Amy Snyder, as Surviving Spouse and Personal Representative for the Estate of LT. Sean Christopher Snyder, USN, deceased;<br><br>Cheyenne Collins, as Surviving Spouse and Personal Representative for the Estate of Petty Officer 3rd Class Brian Andrew Collins, USN, deceased; and<br><br>Petty Officer 2nd Class Dylan Morgan Boone, USN,<br><br>Plaintiffs,<br><br>- against -<br><br>Sikorsky Aircraft Corporation; Sikorsky Support Services, Inc. dba Sikorsky Aerospace Services;<br><br>General Electric Company;<br><br>E.I. du Pont de Nemours and Company; and<br><br>L-3 Communications Corporation,<br><br>Defendants. | Docket No. 3:15-cv-01877-AWT<br><br><br><br>April 27, 2016 |

## DEFENDANTS' ASSENTED TO MOTION TO ENLARGE TIME

Pursuant to Local Rule 7, the Defendants to this action jointly move to extend the time to file Motions to Dismiss based upon the pleadings.

Presently, the deadline for the filing of Motions to Dismiss is April 29, 2016, as set by the Court in response to an earlier Motion to Modify Pretrial Deadlines (Dkt # 20).

Plaintiffs' Counsel is in the process of filing a Second Amended Complaint. In addition, the Defendants' Counsel require additional time to prepare and file motions to dismiss. Accordingly, the Defendants request that the deadline for the filing of Motions to Dismiss be extended so said motions are due Twenty (20) Days after the filing of the Plaintiffs' Second Amended Complaint.

Inquiry has been made pursuant to Local Rule 7, and Plaintiffs' Counsel consents to the granting of this motion.

For all of the foregoing reasons, the Defendants respectfully request that the Court grant the requested extension of time.

Respectfully submitted,

|  |  |
|---|---|
| /S/<br>Garrett Fitzpatrick, Esq.<br>Paul N. Bowles III, Esq.<br>Fitzpatrick & Hunt, Tucker, Pagano, Aubert, LLP<br>Twelve East 49th Street 31st Floor<br>New York, NY 10017<br>Tel: (212) 937-4000<br>Fax: (212) 937-4050<br>garrett.fitzpatrick@fitzhunt.com<br>paul.bowles@fitzhunt.com<br>(*pro hac vice* applications to be submitted) | /S/<br>Kevin M. Smith, Esq. (ct24774)<br>Erik H. Beard, Esq. (ct26941)<br>Wiggin and Dana LLP<br>One Century Tower<br>265 Church St. # 14<br>New Haven, CT 06510<br>Tel: (203) 498-4400<br>Fax: (203) 782-2889<br>ksmith@wiggin.com<br>ebeard@wiggin.com |
| -and- | *Attorneys for General Electric Co.* |
| /S/<br>Frank Usseglio, Esq.<br>Kenny, O'Keefe & Usseglio, P.C.<br>Capitol Place<br>21 Oak Street, Suite 208<br>Hartford, Connecticut 06106<br>Tel: (860) 246-2700<br>Fax: (860) 246-6480<br>fusseglio@kou-law.com | |

*Attorneys for Sikorsky Aircraft Corporation and Sikorsky Support Services, Inc. dba Sikorsky Aerospace Services;*

/S/
Steven E. Arnold, Esq.
SA Law, P.C.
8 Whittier Place
Suite 14F
Boston, MA 02114
Tel: (617) 670-0868
Fax: (617) 670-0868
sea@salaw.us

*Attorneys for L-3 Communications Corporation*

/S/
Diane Westwood Wilson, Esq.
Dentons US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Tel: (212) 905-8369
Fax: (212) 768-6800
Email: diane.wilson@dentons.com

-and-

/S/
Lisa Savitt, Esq. (*pro hac vice* application to be submitted - DC Bar #434559)
The Axelrod Firm, PC
5028 Wisconsin Ave. N.W.
Suite 100
Washington, D.C. 20016
Tel: (202) 765-2727
Fax: (212) 238-1779
lsavitt@theaxelrodfirm.com

*Attorneys for E.I. du Pont de Nemours and Company*

## CERTIFICATION

I hereby certify that on this 27th day of April, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electric filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                /s/ Frank G. Usseglio
                                                FRANK G. USSEGLIO