UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICOLE VAN DORN, as Surviving Spouse and Personal Representative for the Estate of LT. J. WESLEY VAN DORN, USN, deceased; | Civil Action No.: 3:15-cv-01877 (AWT) |
| AMY SNYDER, as Surviving Spouse and Personal Representative for the Estate of LT. SEAN CHRISTOPHER SNYDER, USN, deceased; | |
| CHEYENNE COLLINS, as Surviving Spouse and Personal Representative for the Estate of Petty Officer 3rd Class BRIAN ANDREW COLLINS, USN, deceased; and | |
| Petty Officer 2nd Class DYLAN MORGAN BOONE, USN, | April 29, 2016 |
| PLAINTIFFS, | |
| v. | |
| SIKORSKY AIRCRAFT CORPORATION; SIKORSKY SUPPORT SERVICES, INC. d/b/a SIKORSKY AEROSPACE SERVICES; | |
| GENERAL ELECTRIC COMPANY; | |
| E.I. DU PONT DE NEMOURS AND COMPANY; and | |
| L-3 COMMUNICATIONS CORPORATION, | |
| DEFENDANTS. | |

**CORPORATE DISCLOSURE STATEMENT**

Defendant General Electric Company respectfully submits this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1.  General Electric Company has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

                DEFENDANT
                GENERAL ELECTRIC COMPANY

By:   <u> /s/  *Kevin M. Smith*</u>
       Kevin M. Smith (ct24774)
       Eric H. Beard (ct26941)
       WIGGIN AND DANA LLP
       One Century Tower
       P.O. Box 1832
       New Haven, Connecticut  06508-1832
       Phone:  (203) 498-4400
       Fax:  (203) 782-2889
       Email:  ksmith@wiggin.com
              ebeard@wiggin.com

*Its Attorneys*

- 3 -

## CERTIFICATION

I hereby certify that on April 29, 2016, a copy of the foregoing **Corporate Disclosure Statement of General Electric Company** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ Kevin M. Smith
Kevin M. Smith (ct24774)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut 06508-1832
Phone: (203) 498-4400
Fax: (203) 782-2889
E-mail: ksmith@wiggin.com