## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

NICOLE VAN DORN, as Surviving Spouse
and Personal Representative for the Estate
of Lt. J. WESLEY VAN DORN, USN,
deceased;

AMY SNYDER, as Surviving Spouse and
Personal Representative for the Estate of LT.
SEAN CHRISTOPHER SNYDER, USN,
deceased;

CHEYENNE COLLINS, as Surviving Spouse
and Personal Representative for the Estate of
Petty Officer 3rd Class BRIAN ANDREW
COLLINS, USN, deceased; and

Petty Officer 2nd Class DYLAN MORGAN
BOONE, USN,

Case No.: 3:15-cv-01877-AWT

                Plaintiffs

v.

May 19, 2016

SIKORSKY AIRCRAFT CORPORATION;
SIKORSKY SUPPORT SERVICES, INC. dba
SIKORSKY AEROSPACE SERVICES;
GENERAL ELECTRIC COMPANY;
E.I. DU PONT DE NEMOURS & CO.; and
L-3 COMMUNICATIONS CORPORATION

                Defendants

### SIKORSKY AIRCRAFT CORPORATION AND SIKORSKY SUPPORT SERVICES, INC.'S NOTICE OF JOINDER IN MOTION TO DISMISS FILED BY GENERAL ELECTRIC COMPANY

Please take notice that Defendants Sikorsky Aircraft Corporation and Sikorsky Support Services, Inc. ("the Sikorsky Defendants") hereby join in the Motion to Dismiss, together with the supporting memorandum of law filed therewith on or about May 19, 2016, by Defendant General Electric Company (the "General Electric Motion" and the "General Electric Memorandum of Law").

Specifically, the Sikorsky Defendants join in the arguments contained in the General Electric Motion and General Electric Memorandum of Law that the Plaintiffs' Second Amended Complaint contains "Group Liability Allegations," and that "it proceeds to conflate all Defendants for the purposes of liability...." The arguments set forth by General Electric Company apply equally to the Sikorsky Defendants in the subject case. General Electric argues that the Plaintiffs' Second Amended Complaint, "impermissibly lumps General Electric Company and all other Defendants together in a manner which provides none of them with reasonable notice as to their alleged individual misconduct." The Sikorsky Defendants are two of such "other Defendants" to which General Electric Company refers.

Based upon this deficiency, General Electric Company moves to dismiss the Plaintiff's Second Amended Complaint. The Sikorsky Defendants join in that motion.

Respectfully submitted, by:

_____/S/_____
Frank Usseglio, Esq.
Fed Bar No.: ct08198
Kenny, O'Keefe & Usseglio, P.C.
Capitol Place
21 Oak Street, Suite 208
Hartford, Connecticut 06106
Tel: (860) 246-2700
Fax: (860) 246-6480
fusseglio@kou-law.com

*Attorney for Sikorsky Aircraft Corporation and Sikorsky Support Services, Inc.*

_____/S/_____
Garrett Fitzpatrick, Esq.
Paul N. Bowles III, Esq.
[Motions Pro Hac Vice to be filed]
Fitzpatrick & Hunt, Tucker, Pagano, Aubert, LLP
Twelve East 49th Street 31st Floor
New York, NY 10017
Tel: (212) 937-4000
Fax: (212) 937-4050
garrett.fitzpatrick@fitzhunt.com
paul.bowles@fitzhunt.com

*Attorneys for Sikorsky Aircraft Corporation and Sikorsky Support Services, Inc.*

## CERTIFICATION

I hereby certify that on this 19th day of May, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electric filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/S/
Frank G. Usseglio, Esq.