# Exhibit A

**(JAGMAN REPORT)**



**DEPARTMENT OF THE NAVY**
COMMANDER NAVAL AIR FORCE ATLANTIC

(b)(6)

```
                                              5830
                                              Ser NOlL/223
                                              28 Aug 14
```

From:   Commander, Naval Air Force Atlantic
To:     File

Subj:   ACTION OF THE FINAL REVIEWING AUTHORITY REGARDING THE
        COMMAND INVESTIGATION OF THE HM-14 CLASS ALPHA MISHAP
        THAT OCCURRED ON 8 JANUARY 2014

Ref:    (a)     (b)(6)      ltr of 27 Feb 14 w/end and encls
        (b)  JAG Manual, Chapter II
        (c)  COMNAVIARLANT ltr 5811 Ser NOlL/094 of 11 Apr 14
        (d)  COMNAVIARLANT ltr 5811 Ser NOlL/095 of II Apr 14
        (e)  COMNAVIARLANT ltr 5811 Ser NOlL/096 of 11 Apr 14

Encl:   (1)  Final investigation report

1. Reference (a) has been reviewed in accordance with reference (b). Further endorsement is considered unnecessary; therefore, this investigation is final and will be retained at this command for a period of two years from the date of this action. Any further correspondence regarding this matter should be forwarded accordingly.

2. Summary. On 8 January 2014, VULCAN 543, an MH-53 Sea Stallion helicopter assigned to HELMINERON FOURTEEN, was conducting tow training approximately 18 nautical miles off the coast of Virginia Beach, VA. While towing a MK-104 acoustic device and at an altitude of approximately 100 feet, a fire erupted in the upper port wall of the crew cabin (behind the cockpit), resulting in dense, black billowing smoke filling the cockpit and cabin, and blinding the aircrew. The lack of visual reference to the horizon or cockpit instrumentation caused the aircrew to lose spatial awareness and become disoriented, resulting in VULCAN 543 crashing into the Atlantic Ocean. Three crewmembers, both pilots and an aircrewman, died. Post-mishap engineering investigations of the salvaged aircraft concluded that chafing between insulation covering electrical wires and the sur{ace of an aluminum fuel transfer tube had likely enabled an electrical arc from a wire to breach the transfer tube, igniting the fuel that was inside.

3. The final, approved findings of fact, opinions and recommendations are included as enclosure (1).

4. In accordance with section 0223(b) of reference (b), a complete copy of the investigation is forwarded to Commander, Navy Safety Center.

Subj:   ACTION OF THE FINAL REVIEWING AUTHORITY REGARDING THE
        COMMAND INVESTIGATION OF THE HM-14 CLASS ALPHA MISHAP
        THAT OCCURRED ON 8 JANUARY 2014

5.  With the exception of the recommendation to develop a periodic
schedule for inspecting fuel lines and wires for evidence of chafing,
all of the recommended actions have been completed.

     a.  An airframes bulletin was released directing a one-time
inspection of CH/MH-53E cabin fuel tubes, and electrical wiring that
are located within 12 inches of each other for signs of chafing.  All
CH/MH-53Es, except for 20 aircraft undergoing depot-level maintenance,
have been inspected.  Discrepant fuel lines in approximately 18% of
Navy and Marine Corps aircraft (28 of 153) were annotated and replaced,
and individual wiring bundle discrepancies are in the process of being
replaced.

     b.  Commander, Naval Air Systems Command, is developing a periodic
inspection schedule.  It is anticipated that a maintenance inspection
bulletin announcing this new requirement will be released in
approximately three to four months.  In the interim, all cognizant
activities have been advised of the findings of the Engineering
Investigation via an Aviation Hazard Report.

6.  By references (c) through (e), I determined the deaths of (b)(6)
(b)(6)                         (b)(6)        , and                (b)(6)
respectively, were incurred in the line of duty and not due to
misconduct.  By this final endorsement, I likewise determine the
injuries sustained by          (b)(6)          and          (b)(6)
were incurred in the line of duty and not due to misconduct.  As
required by section 0225f of reference (b), the COMNAVAIRLANT Force
Judge Advocate (FJA) shall release an advance copy of this
investigation, upon request to the next of kin.  Additionally, upon
request, the COMNAVAIRLANT FJA is to transmit redacted copies of this
report of investigation with endorsements to COMHELSEACOMBATWINGLANT
for delivery to       (b)(6)      and     (b)(6)        COMHELSEACOMBATWINGLANT
shall also ensure this line of duty determination is properly recorded
in the medical records for      (b)(6)      and        (b)(6)

7.  Point of contact for this matter is the Force Judge Advocate who
can be reached at       (b)(6)       DSN)      (b)(6)

                              T. M. SHOEMAKE~

Copy to:
COMNAVSAFECEN
COMHELSEACOMBATWINGLANT
Investigating Officer

000002

27 FEB 14

From:      (b)(6)            , Investigating Officer, USN
To:    Commander, Helicopter Sea Combat Wing Atlantic

Subj:  COMMAND INVESTIGATION OF THE HM-14 CLASS ALPHA MISHAP
       THAT OCCURRED ON 8 JANUARY 2014

Ref:   (a)  JAGMAN

Encl:  (1)  COMHELSEACOMBATWINGLANT ltr 5830 Ser N00/060 of 4 Feb 14
       (2)  COMHELSEACOMBATWINGLANT ltr 5830 Ser N00/019 of 10 Jan 14
       (3)  COMHELSEACOMBATWINGLANT e-mail of 4 Feb 14
       (4)  Salvage photos of mishap aircraft Bureau Number
            (BUNO} 163070, VULCAN 543
            (a)  Front of cockpit and nose wheel
            (b)  Aft looking forward into the cockpit
            (c)  Pilot seats
            (d)  Cabin looking aft, aircraft lying on starboard side,
                 port main mount at the top of the picture
            (e)  Bottom of the forward half of the cabin (gray support
                 stairs are not part of the aircraft)
            (f)  Forward view of cabin and main mounts, aircraft lying on
                 starboard side
            (g)  Forward view of cabin overhead and vent ducting,
                 aircraft lying on starboard side
            (h)  Sponson with fuel tank lying on its right side
            (i)  Front of sponson with fuel tank inside
            (j)  Tail section and pylon starboard side, looking aft
            (k)  Main rotor head, lying on starboard side
            (l)  Main rotor head and cabin, looking forward lying on
                 starboard side
            (m)  Number 1 engine
            (n)  Number 2 engine
            (o)  Number 3 engine, still attached to aircraft, lying on
                 starboard side, looking forward
            (p)  Top down view of number 3 engine, still attached to
                 aircraft, lying on starboard side
            (q)  Cabin heater
            (r)  Top to bottom view of crew seats that were aligned on
                 the port bulkhead.
            (s)  Top to bottom view of crew seats that were
                 aligned on the port bulkhead.
            (t)  Aft most seat of three seats lined on the port bulkhead
                 in the vicinity of Frames 262 to 302.
            (u)  Frame 242 to Frame 302 (port side) of a MH-53E static
                 aircraft.
            (v)  Frame 282 to Frame 302 (port side} of a MH-53E static
                 aircraft.
            (w)  Frame 262 to Frame 302 (port side) of a MH-53E static
                 aircraft.
       (5)  NAFSAFECEN e-mail of 4 Feb 14

Subj:   COMMAND INVESTIGATION   OF THE HM-14 CLASS ALPHA MISHAP
        THAT OCCURRED ON 8 JANUARY 2014

   (6)  HELMINERON  FOURTEEN  flight  schedule  of 8 Jan 14
   (7)  HELMINERON  FOURTEEN  flight  schedule  (working  copy)
      of 8 Jan 14
   (8)  NTRP 3-22.4-MH53E,  MK 104 Mod 3 Acoustic  System  (excerpt)
   (9)  (b)(6)  voluntary  statement  of 16 Jan 14
  (10)  VULCAN 543 Pre-flight  Weight and Balance  Planning  Form  of
      8 Jan 14
  (11)  Operational  Risk Management  Form,  undated  (provided  to AMB)
  (12)  Aviation  Digital  Data Service  (ADDS)  weather
      Observation  of 8 Jan 14  (briefed  prior  to the flight)
  (13)  Applicable  Notice  to Airman  of 8 Jan 14
  (14)  (b)(6)  ,  (b)(6)  ,  and  (b)(6)  memo  of 28 Jan 14
  (15)  (b)(6)  voluntary  statement  of 8 Jan 14
  (16)  CO,  NAVSTA Norfolk  ltr 3750 Ser N00/0074  of 24 Jan 14
  (17)  (b)(6)  voluntary  statement  of 8 Jan 14
  (18)  (b)(6)  voluntary  statement  of 16 Jan 14
  (19)  MH-53E Naval Air Training  and Operating  Procedures
      (NATOPS),  Note on pg. 2-128
  (20)  (b)(6)  voluntary  statement  of 8 Jan 14
  (21)  (b)(6)  voluntary  statement  of 16 Jan 14
  (22)  (b)(6)  voluntary  statement  of 16 Jan 14
  (23)  MH-53E Naval Air Training  and Operating  Procedures
      (NATOPS),  Warning pg. 2-100
  (24)  Notes  of interview  of  (b)(6)  of 27 Jan 14
  (25)  Notes  of interview  of  (b)(6)  of 27 J~n 14
  (26)  Federal  Aviation  Administration  (FAA)  Washington
      Sectional  strip  map and Google  Maps  Imagery
  (27)  Aviation  Digital  Data Service  (ADDS)  weather
      Observation  of 8 Jan 14
  (28)  (b)(6)  voluntary  statement  of 16 Jan 14
  (29)  HELMINERON  FOURTEEN  ODO logbook  of 8 Jan 14  (copy)
  (30)  COMNAVAIRLANT  Press  Release  of 14 Jan 14
  (31)  COMNAVPERSCOM  271639Z  Sep 10  (  (b)(6)  PCS Orders)
  (32)  (b)(6)  Clearance  Notice  (Aeromedical)  of 21 Feb 13
  (33)  (b)(6)  NATOPS  Evaluation  Report  of 2 Oct 13
  (34)  (b)(6)  Instrument  Rating  Request  of 30 Sep 13
  (35)  CO,  HELMINERON  FOURTEEN  ltr 1210 00 of 26 Feb 13)
      (  (b)(6)  Helicopter  Aircraft  Commander  Designation)
  (36)  CO,  HELMINERON  FOURTEEN  ltr 1210 00 of 3 May 13
      (  (b)(6)  Level  III Airborne  Mine  Countermeasures
      Weapons  and Tactics  Pilot  Designation)
  (37)  CO,  HELMINERON  FOURTEEN  ltr 1212 00 of 9 Jul 13
      (  (b)(6)  ,  Functional  Check Pilot  (FCP)  Designation)
  (38)  (b)(6)  CRM Training/Evaluation  Record,  NATOPS  Jacket
      Section  II,  Part  C
  (39)  (b)(6)  Operational  Physiology  and Survival  Training
      (OPNAV  3760/32F)
  (40)  (b)(6)  72-hour  history  report
  (41)  Sentara  General  Norfolk  Hospital  Case History  ICO  (b)(6)
      (b)(6)  of 8 Jan 14
  (42)  COMNAVPERSCOM  011012Z  Aug 13  (  (b)(6)  PCS Orders)
  (43)  (b)(6)  Clearance  Notice  (Aeromedical)  of 7 Jan 14

Subj:   COMMAND INVESTIGATION OF THE HM-14 CLASS ALPRA MISHAP
        THAT OCCURRED ON 8 JANUARY 2014

(44)   (b)(6)   Clearance Notice (Aeromedical) of 4 Nov 13
(45)   (b)(6)   NATOPS Evaluation Report of 20 Dec 13
(46)   (b)(6)   Instrument Rating Request of 28 Feb 13
(47)   CO, HELMINERON FOURTEEN ltr 3740 00 of 7 Jan 14 (   (b)(6)
       Helicopter Aircraft Commander (HAC) Designation)
(48)   CO, HELMINERON FOURTEEN ltr 3502 00 of 7 Jan 14 (   (b)(6)
       Level IV Airborne Mine Countermeasures Weapons and Tactics
       Pilot Designation)
(49)   CO, HELMINERON FOURTEEN ltr 3502 Ser N00/290 of 12 Jun 13
       (   (b)(6)   , Sea Dragon Weapons and Tactics Pilot/Aircrew
       Instructor Designation)
(50)   CO, HELMINERON FOURTEEN ltr 1212 00 of 7 Jan 14   (b)(6)
       NATOPS Instructor Designation)
(51)   CO, HELMINERON FOURTEEN ltr 1212 00 of 7 Jan 14   (b)(6)
       Functional Check Pilot (FCP) Designation)
(52)   CO, HELMINERON FOURTEEN ltr 1212 00 of 7 Jan 14   (b)(6)
       Crew Resource Management (CRM) Facilitator Designation)
(53)   (b)(6)   CRM Training/Evaluation Record, NATOPS Jacket
       Section II, Part C
(54)   (b)(6)   Operational Physiology and Survival Training
       (OPNAV 3760/32F)
(55)   DON Report of Casualty (DD Form 1300) ICO   (b)(6)
       of 16 Jan 14
(56)   Commonwealth of Virginia Certificate of Death ICO   (b)(6)
       (b)(6)   of 24 Jan 14
(57)   COMNAVPERSCOM 191156Z Aug 09 (   (b)(6)   PCS Orders)
(58)   (b)(6)   Clearance Notice (Aeromedical) of 21 Aug 13
(59)   (b)(6)   NATOPS Evaluation Report of 26 Jul 13
(60)   (b)(6)   Qualifications and Achievements, Aviator Flight
       Logbook (excerpt)
(61)   (b)(6)   Operational Physiology and Survival Training
       (OPNAV 3760/32F)
(62)   (b)(6)   72-hour history report
(63)   Sentara General Norfolk Hospital Case History ICO   (b)(6)
       (b)(6)   of 9 Jan 14
(64)   COMNAVPERSCOM 1412502 Dec 10   (b)(6)   PCS Orders)
(65)   CO, HELMINERON FOURTEEN memo of 5 Jul 12 (Extension of
       Annual Flight Physical ICO   (b)(6)   )
(66)   (b)(6)   Clearance Notice (Aeromedical) of 18 Dec 12
(67)   (b)(6)   NATOPS Evaluation Report of 20 Nov 13
(68)   (b)(6)   Qualifications and Achievements, Aviators Flight
       Logbook (excerpt)
(69)   (b)(6)   , Operational Physiology and
       Survival Training, OPNAV 3760/32f
(70)   (b)(6)   72-hour history report
(71)   Sentara General Norfolk Hospital Case History ICO   (b)(6)
       (b)(6)   of 11 Jan 14
(72)   COMNAVPERSCOM 050823Z Aug 13 (   (b)(6)   PCS Orders)
(73)   (b)(6)   Clearance Notice (Aeromedical) of 23 Oct 13
(74)   (b)(6)   NATOPS Evaluation Report of 3 Jun 13
(75)   (b)(6)   Qualifications and Achievements Aviator Flight
       Logbook (excerpt)

000005

Subj:   COMMAND INVESTIGATION OF THE HM-14 CLASS ALPHA MISHAP
        THAT OCCURRED ON B JANUARY 2014

(76)    (b)(6)        Operational Physiology and Survival Training
        (OPNAV 37 60/32F)
(77)    (b)(6)    72-hour history report
(78)    Sentara General Norfolk Hospital Case History ICO
        (b)(6)    of 8 Jan 14
(79)    (b)(6)    memo, undtd
(80)    BUNO 163070 Automated ADB Acceptance Sheet (A-sheet)
(81)    BUNO 163070 ADB Work Order, Phase "C" Inspection,
        ordered 18 Sep 13 and completed 17 Oct 13
(82)    BUNO 163070 Daily Maintenance Record of 6 Jan 14
(83)    BUNO 163070 Turnaround Maintenance Record of 8 Jan 14
(84)    Volume II, Naval Enlisted Classification Manual (Excerpt)
(85)    (b)(6)    72-hour history report of 26 Feb 14
(8 6)   (b)(6)    and    (b)(6)    voluntary statement of 8 Jan 14
(87)    (b)(6)    voluntary statement of 9 Jan 14
(88)    COMNAVAIRLANT Media Advisory of 9 Jan 14
(89)    COMNAVAIRLANT FJA memo of 16 Jul 14


PRELIMINARY STATEMENT

1. Pursuant to enclosures (1) through (3) and in accordance with reference (a), I conducted a command investigation into the circumstances surrounding the 8 January 2014 mishap resulting in three fatalities, two critically injured and the loss of a MH-53E helicopter, BUNO 163070, over open ocean approximately 18 nautical miles east of the Cape Henry lighthouse in Virginia Beach, Virginia. The aircraft was conducting MK-104 training tow operations in order to regain currency for the copilot as well as train one of the aircrewmen as a ramp operator. Approximately 2.5 hours into the flight (b)(6) (mishap aircrewman) saw a fireball project over his right shoulder. The cabin was immediately engulfed in flames and thick black billowing smoke. (b)(6) (mishap crewchief) attempted to utilize the portable fire extinguisher and called for the pilots to release the MK-104 tow. The mishap aircrewman called for everyone to insert their Helicopter Aircrew Breathing Device (HABD) bottles. Approximately five seconds after this call, the mishap aircraft impacted the water. Three crewmembers sustained fatal injuries, two others were critically injured. The aircraft was destroyed.

2. Administrative assistance w.as provided by (b)(6) HELSEACOMBATRON TWO (HSC-2) • A complete maintenance records review was conducted by the following personnel from HELSEACOMBATRON TWO SIX (HSC-26): (b)(6) (Material Maintenance Control Officer), (b)(6) (Detachment Maintenance Officer), and (b)(6) (Maintenance Master Chief Petty Officer).

3. Legal assistance and advice was provided by (b)(6) Region Legal Service Office Mid-Atlantic Norfolk, VA, throughout this investigation.

4. Statements were obtained from essential personnel at HELMINERON FOURTEEN (HM-14) to include: (b)(6) (mishap crewchief),

000006

Subj:   COMMAND  INVESTIGATION  OF  THE  HM-14  CLASS  ALPHA  MISHAP
        THAT  OCCURRED  ON  8  JANUARY  2014

(b)(6)              (mishap  aircrewman),    essential    maintenance    personnel,
and  the  flight  crew  of  VULCAN  547  which  was  conducting  separate  tow
training  operations.    Statements  were  also  obtained  from  the  Search  and
Rescue  (SAR)  crews  from  HELSEACOMBATRON  TWO  EIGHT  (HSC-28)  and
HELSEACOMBATRON  TWO  (HSC-2).

5.   Personal  interviews  were  conducted  with    (b)(6)              and
(b)(6)          Prior  to  conducting  each  interview,  witnesses  were
informed  of  the  nature  of  this  JAGMAN  investigation.    It  was  further
explained  to  each  witness  that  this  investigation  is  separate  from  the
Aviation  Mishap  Board  (AMB)  investigation  with  a  different  scope  and
purpose.

6.   All  documentary  evidence  included  herein  is  certified  to  be  the
true  original,  a  copy  of  the  true  original,  or  a  summation  that  is  a
true  and  accurate  representation  of  the  original  document  or  material.

7.   All  photographs  were  taken  by    (b)(6)              in  the  presence
of    (b)(6)          ,  Investigating  Officer.    Photographs  were
taken  on  23  January  and  07  February  2014,  in  Hangar  LP-167  on  Naval
Station  Norfolk,  Virginia,  using  a  Canon  EOS  Digital  Rebel  XT  camera.
[Enclosure  (4)]

8.   This  report  and  all  enclosures  have  been  provided  in  Portable
Document  Format  (.PDF)  in  order  to  expedite  delivery.

9.  Affixing  exact  times  was  not  necessary  in  determining  the  cause  of
this  mishap.    Additionally,  recollections  of  when  events  occurred
varied  among  witnesses.    Nonetheless,  references  to  time  were
determined  important  in  conveying  the  suddenness  of  the  onset  of  the
emergency  and  how  quickly  the  situation  deteriorated.    Finally,  times
are  reported  in  local  time;  documents  using  Zulu  time  have  been
converted  to  local  time.

FINDINGS  OF  FACT

1.   On  8  January  2014,    (b)(6)
(b)(6)          (b)(6)          and  another  aircrewman  were
scheduled  to  launch  at  0830  for  a  3.5-hour  training  flight.    The
purpose  of  the  flight  was  currency  training  in  towing  the  MK-104
acoustic  device  for  the  co-pilot  and  ramp  operator  training  for  (b)(6)
(b)(6)       The  mishap  flight  was  appropriately  scheduled  by  HM-14
Operations  and  was  approved  by  the  HM-14  Commanding  Officer  (CO).
[Enclosure  (6)]

2.   Two  pen-and-ink  changes  were  made  to  the  approved  HM-14  Flight
Schedule,  including  the  substitution  of    (b)(6)              for  the
other  aircrewman.    [Enclosures  (7),  (17)  and  (18)]

3.   Aircraft  543  ("VULCAN  543")  was  scheduled  for  the  first  event.    The
other  aircraft  scheduled  for  the  day's  events,  aircraft  547  ("VULCAN

000007

Subj:   COMMAND  INVESTIGATION   OF  THE  HM-14  CLASS  ALPHA  MISHAP
        THAT  OCCURRED  ON  8  JANUARY  2014

547';), was temporarily unavailable due to a maintenance issue.
[Enclosure (9), (15), (20), (21) and (22)]

4.  VULCAN 543's aircrew conducted a thorough brief and pre-flight
inspection to include a review of the Aircraft Discrepancy Book, engine
performance calculations, Operational Risk Management, weather, Notice
to Airmen, and survival gear. [Enclosures (9), (10), (11), (12), (13),
(17) and (18)]

5.  VULCAN 543 was made ready for and released "Safe for Flight" by
qualified maintenance personnel. [Enclosures (15), (17) and (18)]↓

6.  At approximately 0811, VULCAN 543 received clearance from
Helicopter Airport Tower, Naval Station Norfolk, to depart to the East,
which it did. [Enclosures (9), (15), (16), (17), (18), (20) and (29)]

7.  After initial takeoff and while enroute to the training area (tow
field), the mishap aircrew conducted single-point engine power checks.
All three engines passed. [Enclosures (17) and (18)]

8.  Upon arriving at their designated tow area, VULCAN 543 commenced
towing operations, streaming the 98-pound MK-104 at approximately 0840-
0845. [Enclosures (8), (17) and (18)]

9.  While conducting towing operations, the fire warning light, which
illuminates in the event of a fire, flickered briefly. As directed by
(b)(6)      , mishap Helicopter Aircraft Commander (HAC), (b)(6)
visually inspected the #1 and #2 engines as well as the cabin heater
via the port aft window. [Enclosure (18)]

10.  Certain conditions of sunlight, especially during the early morning
and late evening hours, may cause the engine or transmission fire
warning lights to illuminate. The lights should extinguish when the
helicopter changes its relative position to the sunlight. [Enclosure
(19) ]

11.  As the sun was still low on the horizon, the crew determined the
flicker of the fire light to be an erroneous indication. [Enclosures
(18) and (19) ]

12.  VULCAN 547, its maintenance issued resolved, launched from Naval
Station Norfolk at approximately 0940-0945, arriving at its designated
tow area adjacent to VULCAN 543's tow area at approximately 09.55.
VULCAN 547's crew observed VULCAN 543 towing in their field, spoke
briefly to them, and relayed an "Ops Normal" call for VULCAN 543 to
VULCAN base. [Enclosures (9), (15), (20), (21), (22), (28) and (29)]

13.  At approximately 1009, VULCAN 547 corrunenced its training,
streaming the MK-104 until approximately 1025. VULCAN 547's HAC stated
he observed VULCAN 543 at approximately 5 nautical miles to the
northeast of VULCAN 547's position during this time. [Enclosures (20),
(21) and (22)]

000008

Subj:   COMMAND  INVESTIGATION   OF  THE  HM-14  CLASS  ALPHA  MISHAP
        THAT  OCCURRED  ON  B  JANUARY  2014

14.   Onboard  VULCAN  543,  while  VULCAN  547  was  conducting  its  tow
training,  the  cabin  heater  cut  off  multiple  times  throughout  the
training  evolution.  [Enclosures  (17},  (18),  (24)]

15.        (b)(6)      ,  VULCAN  543's  crewchief,  secured  the  cabin  heater  for
several  minutes  in  accordance  with  operating  procedures.  [Enclosures
(17)  and  (23)]

16.        (b)(6)      restarted  the  cabin  heater,  reporting  that  "the
heater  lit  off  and  all  was  fine".  [Enclosures  (17)  and  (24)]

17.        (b)(6)      conducted  cabin  security  checks  reporting  "No  Smoke,
Fumes  or  Leaks."  [Enclosures  (17)  and  (24)]

18.   A  few  moments  later,  at  approximately  1025  and  with  VULCAN  543
operating  at  an  altitude  of  approximately  100  feet,  a  fire  erupted  from
the  port  wall  just  aft  of  the  gunner's  window.     (b)(6)      ,  sitting
in  the  crew  chief's  jump  seat  slightly  behind  and  between  the  two
pilots,  described  it  as  "a  flamethrower"  with  the  general  location  of
the  fire  located  in  the  vicinity  of  the  flight  refuel  filter  and
smokerack  directly  over      (b)(6)      head.  [Enclosures  (17},  {24}  and
(25)↓

19.        (b)(6)      ,  who  was  seated  5  seats  back  on  the  port  side  under  the
number  one  engine  felt  heat  on  his  neck  and  described  a  fireball
passing  over  his  right  shoulder  with  a  wall  of  fire  behind  him.
[Enclosures  (18)  and  (25)]

20.   The  third  crewman,     (b)(6)      was  aft  of  the  fire  in  the
vicinity  of  the  ramp_  [Enclosures  (17)  and  (24)]

21.        (b)(6)      immediately  reported  the  fire  over  the  ICS,  and
called  for  the  heater  to  be  secured  and  the  tow  to  be  released.   The
emergency  was  verbally  acknowledged  and  one  of  the  pilots  was  observed
moving  his  hand  to  secure  the  heater..  [Enclosures  (17),  (18),  {24}  and
(2 5}↓

22.        (b)(6)      simultaneously  grabbed  the  portable  fire
extinguisher,  pointed  it  at  the  fire,  which  by  this  point  had  reached
the  starboard  bulkhead,  and  pulled  the  lever.   By  this  time,  the  entire
cabin  was  filled  with  black,  billowing  smoke,  which   (b)(6)
described  alternatively   "like  a  locomotive"  and  "like  coming  out  of  a
steam  pipe,"  was  so  thick  that  he  could  not  see  out  the  windows,  caused
him  to  get  low  as  he  could  on  the  deck  and  warn  others  to  put  in  their
HABD  bottles.     (b)(6)      also  reported  the  smoke  smelled  like  fuel.
With  their  vision  extremely  limited,  neither      (b)(6)      nor      (b)(6)
(b)(6)   could  see  the  pilots  at  this  point,  but  believe  the  black  smoke
had  most  likely  filled  the  cockpit  as  well.  [Enclosures  (17),  (18),
(24)  and  (25)]

23.   Moments  later,      (b)(6)      stated  he  heard  several  "booms"  before
being  slammed  into  the  overhead  and  then  the  deck.   He  then  felt  water

Subj:   COMMAND INVESTIGATION OF THE HM-14 CLASS ALPHA MISHAP
        THAT OCCURRED ON 8 JANUARY 2014

overcome him and knock the HABD out of his mouth. Re-inserting the
bottle, (b)(6) saw a dull green glow, reached for it, grabbed
what he thought w~s the rescue hoist, and pulled himself out of the
helicopter fuselage. Realizing that he was still attached to the
helicopter via the ICS and unable to break its cord, (b)(6)
removed his helmet and unsuccessfully attempted to inflate his lobes.
He then drew his last breath of oxygen from the HABD and swam to the
surface. [Enclosure (17)]

24. (b)(6) was likewise slammed into the overhead and then the
deck and then the overhead again. Water began to fill the cabin and,
after the violent motion stopped, he undid the chest part of his
gunners belt, and began swimming towards a bluish light. Upon
surfacing, (b)(6) screamed to get the attention of (b)(6)
who was nearby. [Enclosures (17) and (18)]

25. No ditching or MAYDAY calls were made prior to VULCAN 543
impacting the water. [Enclosures (24) and (25)]

26. (b)(6) could not move his left arm, had sustained a major
laceration to his head, and was spitting blood. [Enclosures (17) and
(18)]

27. (b)(6) swam to (b)(6) and inflated the lobes of (b)(6)
(b)(6) flotation device as they had not automatically inflated and
(b)(6) could not manually inflate due to his injuries. (b)(6)
(b)(6) then helped (b)(6) onto a piece of floating debris.
[Enclosures (17) and (18)]

28. Looking around, (b)(6) observed VULCAN 547 still towing its
sled, and both noticed (b)(6) and (b)(6) about 30-40 yards
away. (b)(6) was yelling, but they could not hear what he was
saying. [Enclosures (17) and (18)]

29. (b)(6) attempted to use his radio, but was unable to do so
due to the loss of dexterity in his fingers caused by the cold water.
He then unsuccessfully attempted to use his day flare, but was able to
get the night flare to work. A few seconds later, (b)(6) and
(b)(6) saw VULCAN 547 turn and come towards them. [Enclosures (17)
and (18)]

30. Other than the earlier sighting of VULCAN 543 approximately 5 NM
away (FOF 13), and despite regularly scanning the sky for a visual on
the aircraft and outstanding visibility, VULCAN 547's pilot could not
locate VULCAN 543, causing him to ask the crew if they had observed
VULCAN 543 turn downwind and then ask them to scan the sky for the
helicopter. VULCAN 547 also unsuccessfully tried to raise VULCAN 543
on the radio. Although troubled that they could neither see nor raise
VULCAN 543, no one considered the possibility that a mishap had
occurred. [Enclosures (20), (21) and (22)]

000010

Subj:   COMMAND INVESTIGATION OF THE HM-14 CLASS ALPHA MISHAP
        THAT OCCURRED ON 8 JANUARY 2014

31.   Additionally, a VULCAN 547 crew member **had** earlier heard
approximately 5 seconds of static over the ICS, causing him to conclude
that someone aboard VULCAN 547 had inadvertently activated his
microphone, resulting in an unintended radio transmission.   This was
ultimately determined to have originated outside the aircraft.
[Enclosures  (20),  **(21)**  and  (22)]

32.   Coming to a new course and flying in the general direction of the
last known position of VOLCAN 543, VULCAN 547's crew observed what they
originally thought was trash in the water that had fallen off two trash
barges they had observed under tow.   Approaching what appeared to them
to be large boxes with birds circling overhead, they did not
immediately recognize they were looking at wreckage from VULCAN 543
until they saw **a** horse head (symbolizing the MH-53's nickname as the
Sea Stallion) on floating debris.   Realizing they were looking at **a**
sponson from VULCAN 543, VULCAN 547 cut its tow and proceeded towards
the debris field.   [Enclosures  (20),  **(21)**,  (22) and **(28)**]

33.   VULCAN 547 circled the debris field which was roughly in the shape
of an oval measured 200 by 100 yards and drifting approximately 218
degrees.   Two men [      (b)(6)      and      (b)(6)      ] were observed waving
their arms were observed in the middle of the field, one man was
observed at the north end of the field appearing to be clinging to **a**
tail rotor blade, and one crewmember was face down at the northwest end
of the debris field.   [Enclosures  **(17)**,  (20),  (21),  (22) and **(28)**]

34.   VULCAN 547 descended to 40 feet, deployed its life raft, and
climbed back to 100-120 feet.   The downwash from VULCAN 547's rotors
blew the raft away from the two downed men,   (b)(6)   and   (b)(6)
(b)(6)   , observed in the middle of the debris field, requiring them to
swim towards the raft.   They quickly tired, however, and resumed a
resting position while holding onto each other. (Enclosures  (17),  (18),
(20),  **(21)**,  **(22)** and (28)]

35.   VULCAN 547 sent out a MAYDAY report and assumed duties as the on-
scene commander.   VULCAN 547's pilot also used the text function on his
cell phone to notify the HM-14 ODO of the mishap.   He reported that
VULCAN 543 was in the Atlantic Ocean at latitude N36 59.2 and longitude
W075 37.4, which is approximately 18 nautical miles east of the Cape
Henry Lighthouse in Virginia Beach, VA.   The time was approximately
1045.   [Enclosures  **(9)**,  (20),  **(22)**,  (26),  (28) and **(29)**)

36.   Although included as part of the training syllabus and is included
in the NATOPS checklist, MH-53s are not usually used for Search-and-
Rescue (SAR).   MH-53 Airborne Countermeasures Aircrewman, Naval
Enlisted Classification (NEC) 7886 are not trained to Component NEC
7815 (Search and Rescue Aircrew Swimmer) requirements.   [Enclosures
(21  and  (84) ]

37.   VULCAN 547's MAYDAY call was heard by the pilots operating
BAYRAIDER 42 and BAYRAIDER 44, two MH-60s assigned to HSC-28 that were
making preparations to launch from Fort Story.   After disembarking

000011

Subj:   COMMAND INVESTIGATION OF THE HM-14 CLASS ALPHA MISHAP
        THAT OCCURRED ON 8 JANUARY 2014

their passengers, BAYR\IDER *42* launched iuuediately in order to establish clearer communications with the tower at Oceana and Giant Killer (Fleet Area Control and Surveillance Facility Virginia Capes) as well as offer their assistance as a SAR capable aircraft. BAYRAIDER 42 headed towards the crash site. BAYRAIDER 44, after lifting off and then landing and disembarking its passengers, followed a few minutes later. [Enclosures (86) and (87)]

38. A few moments after (b)(6) and (b)(6) had stopped swimming, VULCAN 543's raft surfaced. While the two downed airmen worked to right and inflate the raft (and, in the case of (b)(6) climb into it), BAYRAIDER 42 and then BAYRAIDER 44 arrived on station. BAYRAIDER 42's estimated time of arrival was 1100. (HM-14 ODO recorded this occurring at 1111.) [Enclosures (17), (18), (21), (22), (29), (86) and (87)]

39. BAYRAIDER 42 first picked up the individual (b)(6) they observed face down in the water due to his apparent unconscious state. Leveling off in a 40-foot hover, BAYRAIDER 42 deployed a Rescue Swimmer via the rescue hoist. After securing the rescue strap around the downed crewman, they were both hoisted into the helicopter. [Enclosures (17), (18), (20), (86) and (87)]

40. BAYRAIDER 42 then moved to the man (b)(6) who was hanging onto the debris and had been waving. The Rescue Swimmer deployed a second time, and after putting a rescue strap around the downed airman, both were hoisted into the cabin. Given the seriousness of his injuries, BAYRAIDER 42 departed immediately for Sentara Norfolk General Hospital (Sentara Norfolk). The time was approximately 1115. (The HM-14 ODO recorded this event occurring at 1125.) [Enclosures (17), (18), (20), (21), (29), (86) and (87)]

41. BAYRAIDER 42 landed at Sentara Norfolk between 1130-1135. Sentara Norfolk Emergency Department was unaware of BAYRAIDER 42's impending arrival until it was about to land on the hospital helicopter landing pad. [Enclosures (29), (78) and (86)]

42. The protocol for notifying Sentara General of an inbound Navy helicopter is via a phone call from the Squadron Duty Officer and via radio communications from the aircraft to the hospital.

43. BAYRAIDER 44 immediately replaced BAYRAIDER 42 over the debris field as soon as BAYRAIDER 42 cleared. Noticing one person in the western-most raft with another one clinging to its side, BAYRAIDER 44 leveled off in a hover approximately 70 feet overhead and deployed a Rescue Swimmer via the rescue hoist. (b)(6) was recovered first followed by (b)(6) BAYRAIDER 44 reported two souls onboard at approximately 1135. [Enclosures (17), (18), (20), (21) and (87)]

44. (b)(6) was taken to Sentara Norfolk's Trauma Bay where medical personnel were unable to detect a pulse and unable to revive him. He was pronounced dead at 1141. [Enclosure (78)]

000012

Subj:   COMMAND INVESTIGATION OF THE HM-14 CLASS ALPHA MISHAP
        THAT OCCURRED ON 8 JANUARY 2014

45.   BAYRAIDER 44 arrived at Sentara Norfolk at approximately 1145.
[Enclosure (87)]

46.       (b)(6)      was determined to have sustained numerous internal
injuries         (b)(6)                                    He was
also determined to be suffering from hypothermia.   However, a pulse was
detected and he was observed moving his extremities.   Sentara Norfolk
medical personnel worked for hours attempting to stabilize      (b)(6)
However, his condition continued to deteriorate.   At 1635,      (b)(6)
was pronounced dead with the primary cause of death, as immediately
determined by the attending physician, as cardiac arrest.   [Enclosure
(41)]

47.      (b)(6)      was treated for minor injuries, kept overnight for
observation, and then discharged on 9 January 2014.   [Enclosure 63]

48.      (b)(6)      was treated for scalp and facial injuries.   His left
shoulder was placed in sling pending follow-on evaluation at Naval
Medical Center Portsmouth.   He was discharged from the hospital on 11
January 2014.   [Enclosure (71)]

49.   Search, rescue and recovery efforts by air and surface assets
continued until 14 January 2014, when Navy divers recovered      (b)(6)
remains. [Enclosures (9), (20), (21), (29),(30), (86) and (87)]

50. The immediate cause of      (b)(6)      death was multiple injuries.
[Enclosure (55) and (56)]

51.   VULCAN 543 was salvaged.   [Enclosures (4) and (89)]

52.   The observed weather at the time of the mishap was few clouds at
20,000ft, 10 statute miles of visibility with winds out of the North at
3 knots.   [Enclosure (27)]

Background (pilot)

53.      (b)(6)      was on active duty and permanently assigned to HM-14
for duty in a flying status involving flying at the time of the mishap.
[Enclosure (31)]

54.      (b)(6)      was physically qualified and aeronautically adapted
for duties involving flying.   His aeromedical clearance (upchit) was
granted through 28 February 2014.   [Enclosure (32)]

55.      (b)(6)      was fully NATOPS qualified and current on his
Instrument Rating for MH-53E helicopter operations.   [Enclosures (33)
and (34)]

56.      (b)(6)      was designated in writing as a Helicopter Aircraft
Commander (HAC), Level III Airborne Mine Countermeasures Weapons and
Tactics Pilot, and a Functional Check Pilot (FCP).   [Enclosures (35),
(36) and (37)]

000013

Subj:   COMMAND INVESTIGATION OF THE HM-14 CLASS ALPHA MISHAP
        THAT OCCURRED ON 8 JANUARY 2014

57.     (b)(6)      was current in both Crew Resource Management (CRM)
ground and flight training.   [Enclosure (38)]

58.     (b)(6)      was current in operational physiology and training to
include MH-53E egress and water survival.   [Enclosure (39)]

59.   A 72-hour history was submitted on behalf of   (b)(6)   by his
spouse indicating no significant life stressors.   [Enclosure (40)]

Background  (co-pilot)

60.     (b)(6)      was on active duty and permanently assigned to HM-14 for
duty in a flying status involving flying at the time of the mishap.
[Enclosure (42)]

61.     (b)(6)      was physically qualified and aeronautically adapted for
duties involving flying.   His aeromedical clearance (upchit) was
granted through 30 November 2014.   [Enclosures (43) and (44)]

62.     (b)(6)      was fully NATOPS qualified and current on his Instrument
Rating for MH-53E helicopter operations.   [Enclosures (45) and (46)]

63.     (b)(6)      was designated in writing as a Helicopter Aircraft
Commander (HAC), Level IV Airborne Mine Countermeasures Weapons and
Tactics Pilot, Sea Dragon Weapons and Tactics Pilot/Aircrew Instructor,
NATOPS Instructor, functional Check Pilot, and. CRM Facili ta tor,
[Enclosures (47), (48), (49), (50), (51) and (52)]

64.     (b)(6)      was current in both Crew Resource Management (CRM)
ground and flight training.   [Enclosure (53)]

65.     (b)(6)      was current in operational physiology and training to
include MH-53E egress and water survival.   [Enclosure (54)]

66.   A 72-hour history report was submitted on behalf of   (b)(6)   by
his spouse indicating no significant life stressors.   [Enclosure (85)]

Background  (crewchief)

67.     (b)(6)      was on active duty and permanently assigned to HM-14
for duty in a flying status involving flying at the time of the mishap.
[Enclosure (57)]

68.     (b)(6)      was physically qualified and aeronautically adapted
for duties involving flying.   His aeromedical clearance (upchit) was
granted through 30 September 2014.   [Enclosure (58)]

69.     (b)(6)      was fully NATOPS qualified for MH-53E helicopter
operations.   [Enclosure (59)]

000014

Subj:   COMMAND   INVESTIGATION   OF   THE   HM-14   CLASS   ALPHA   MISHAP
        THAT   OCCURRED   ON   8   JANUARY   2014

70.       (b)(6)       was   designated   in   writing   as   a   MH-53E   Crewchief,
Level   III   Airborne   Mine   Countermeasures   Weapons   and   Tactics   Aircrewman,
and   Functional   Check   Flight   Crewchief.   [Enclosure   (60)]

71.       (b)(6)       was   current   in   both   Crew   Resource   Management   (CRM)
ground   and   flight   training.   [Enclosure   (60)]

72.       (b)(6)       was   current   in   operational   physiology   and   training   to
include   MH-53E   egress   and   water   survival.   [Enclosure   (61)]

73.       (b)(6)       submitted   a   72-hour   history   indicating   no   significant
life   stressors.   [Enclosure   {62)]

Background   (aircrewman)

74.       (b)(6)       was   on   active   duty   and   permanently   assigned   to   HM-14
for   duty   in   a   flying   status   involving   flying   at   the   time   of   the   mishap.
[Enclosure   (64)]

75.       (b)(6)       was   physically   qualified   and   aeronautically   adapted   for
duties   involving   flying.   His   aeromedical   clearance   (upchit)   was
granted   through   30   December   2013,   however   he   was   granted   an   extension
due   to   the   detachment   he   was   previously   on   in   Korea.   [Enclosures   (65)
and   (66)]

76.       (b)(6)       was   fully   NATOPS   qualified   for   MH-53E   helicopter
operations.   His   most   recent   NATOPS   check   was   completed   on   13   November
2013,   however   it   had   not   yet   been   annotated   in   his   logbook.
[Enclosure   {67)]

77.       (b)(6)       was   designated   in   writing   as   a   MH-53E   Crewchief   and
Level   III   Airborne   Mine   Countermeasures   Weapons   and   Tactics   Aircrewman.
[Enclosure   (68)]

78.       (b)(6)       was   current   in   both   Crew   Resource   Management   (CRM)
ground   and   flight   training.   [Enclosure   (68)]

79.       (b)(6)       was   current   in   operational   physiology   and   training   to
include   MH-53E   egress   and   water   survival.   His   egress   was   conducted   as
part   of   his   NATOPS   check   on   13   November   2013,   however   was   not   reflected
in   his   NATOPS   jacket.   [Enclosure   (69)]

80.       (b)(6)       submitted   a   72-hour   history   indicating   no   significant
life   stressors.   [Enclosure   (70)]

Background   (aircrewman)

81.       (b)(6)       was   on   active   duty   and   permanently   assigned   to   HM-14
for   duty   in   a   flying   status   involving   flying   at   the   time   of   the   mishap.
[Enclosure   (72)]

000015

Subj:   COMMAND INVESTIGATION OF THE HM-14 CLASS ALPHA MISHAP
        THAT OCCURRED ON 8 JANUARY 2014

82.    (b)(6)    was found to be physically qualified and
aeronautically adapted for duties involving flying.  His aeromedical
clearance (upchit) was granted through 30 November 2014.  [Enclosure
(73)]

83.    (b)(6)    was fully NATOPS qualified for MH-53E helicopter
operations.  [Enclosure <74)]

84.    (b)(6)    was designated in writing as a MH-53E Level I
Airborne Mine Countermeasures Weapons and Tactics Aircrewman and NVD
Aircrewman.  [Enclosure (75)]

85.    (b)(6)    was current in both Crew Resource Management (CRM)
ground and flight training.  [Enclosure (75)]

86.    (b)(6)    was current in operational physiology and training to
include MH-53E egress and water survival.  [Enclosure (76)]

87.  A 72-hour history was submitted on behalf of    (b)(6)    by his
spouse indicating no significant life stressors.  [Enclosure (77)]

Background (aircraft maintenance)

88.  A review of VULCAN 543, Bureau of Navy Ordnance number 163070,
aircraft maintenance records and logbooks revealed no evidence of
improper procedures or maintenance malpractice.  [Enclosures (14) and
(79)]

89.  VULCAN 543 had flown 64.95.8 total flight hours as of 23:59 07
January 2014.  (Enclosure (80))

90.  VULCAN 543 last flew on 30 December 2014, 10 days prior to the
mishap.  All maintenance was conducted by qualified personnel assigned
to HM-14.  [Enclosures (14), (79), (80), (82) and (83)]

91.  VULCAN 543 had a current, accurate Form F (weight and balance) in
the Aircraft Discrepancy Book (ADB) for the tow mission configuration
at the time of the mishap.  The mishap aircraft was properly configured
for the tow mission at the time of the mishap.  [Enclosures (14) and
(79)]

92.  VULCAN 543 was in compliance with all required technical
directives at the time of the mishap.  [Enclosures (14) and (79)]

93.  VULCAN 543 was in compliance with all special inspections.  The
last aircraft Phase inspection, Phase C, was completed on 17 October
2013, 6376.7 total hours on the airframe.  There were no past due
aircraft inspections.  [Enclosures (14), (79) and (81)]

94.   VULCAN 543 had a daily inspection completed at 1$:56L on 06
January 2014 and a turn-around inspection completed at 04:52I on 8
January 2014.  Both inspections were conducted by qualified maintenance

14

000016

Subj:   COMMAND  INVESTIGATION  OF THE  HM-14  CLASS ALPHA MISHAP
        THAT  OCCURRED  ON 8 JANUARY 2014

technicians  attached  to  HM-14.  The mishap aircraft was certified "Safe
for Flightn  on 08 January 2014 by a qualified  and designated "Safe for
Flight"  maintenance  control  technician  attached  to HM-14.  [Enclosures
(14),  (15),  (82) and (83)]

95.  Post-mishap  analyses  were  conducted  of VULCAN 543.  They  revealed
the following:

     a.  Two small holes were  found  in an aluminum  fuel  transfer  tube
that  transfers  fuel  from  the  left-hand  sponson  to  a location  selected
by the crew.   This tube generally  runs  along  several stanchions  before
running  vertically  **up** the  left-hand  side  of  the  aircraft  and  then
inboard  along  the  overhead.   These two small  breaches  would  have
permitted  fuel  to leak  into  the  cabin.

     b.  The holes  were  located  approximately  .25 inches  apart  with
areas surrounding  them  showing  evidence  of chafing  by an object  rubbing
against  them.

     c.  The perimeter  around  the  larger  hole  (.225  inch by .110 inch)
and  immediate  adjacent  area  showed  evidence  of  shallow  chafe  damage
into  the  parent  material  but  with  minimal  loss  of wall  thickness.
Stereoscopic  examination  of  the  interior  surface  of  the  tube  near this
breach  revealed  a dispersion  of carbon  around  the  hole,  giving  the
appearance  of  a vapor  cloud  perimeter.   The  exterior  edges  of  the  hole
revealed  partial  melting  with  localized  flow  outward.

     d.  Stereoscopic  examination  revealed  that  this  breach  occurred  by
electrical  arcing/shorting  within  an area of chafing  damage.   This  type
of arc  damage  is  characteristic  of  that  produced  by an active  conductor
tack  welding  directly  to  the  tube  surface.

     e.  It is likely  that  chafing  breached  through  the  insulation  on an
actively  conductive  wire,  allowing  shorting/arcing  to the  aluminum
surface.   This  suggests  fuel  was  present  within  the  tube  when  the  arc
penetrated  the  wall  thickness,  vaporizing  fuel  in contact  with  the
molten  copper.   While  the  distribution  signature  supports  that  arcing
occurred  by  direct  welding  of an active  conductor  wire  against  the
tube,  they  were  not  sufficiently  pronounced  to help  determine  if this
rupture  occurred  while  the  tube  was  pressurized.

     f.  The wire  bundling  near  the  breach  was  not  recovered.   Thus
while  a short/arc  event  localized  to the  wiring  within  the  bundle  was
possible,  it  could  not  be conclusively  determined.

     g.  Investigation  of the  fuel  management  panel  in the  conduct
indicate  that  the  crew  in the  cockpit  had  selected  fuel  to be
transferred  from  the  left-hand  and  right-hand  number  two fuel  cells,
destination  unknown.   Both  left-hand  and  right-hand  fuel  management
system/valves  are  in the  correct  position  to allow  fuel  flow  through
the  fuel  transfer  system  through  the  cabin.

000017

Subj:   COMMAND  INVESTIGATION   OF THE  HM-14  CLASS  ALPHA  MISHAP
        THAT  OCCURRED  ON  8  JANUARY  2014

    h.  Much of the soot on cabin and cockpit surfaces  was  likely
removed  by  sea water,   thereby  limiting  the  assessment   of  to  the
residual  soot  contamin~ting   the  surfaces  and  limiting  discussion   of the
degree of smoke contamination   in terms of whether  it  was present   and
its  gradient  from  the  overhead  to  the  deck.

    i.  Active  flame  activity  was  found  to have been  concentrated   in
two  distinctive   locations  in  the  front  cabin,  which  is generally  the
occupiable  space  just behind  the  window  on  the  left  side  and  the  crew
door  on  the  right.

        (1)  Directed   toward  the  right  side  of  the  cabin  opposite  of the
location  of  the  breached  fuel  transfer  line.

        (2)  On  the  left  side  of  the  cabin  in  the  vicinity  of  the  Marine
Marker  Rack  Assembly  (smoke  rack)  with  the  hottest  areas  at  the  forward
upper  corner  of  the  smoke  rack  with  the  source  from  above  and  forward
of  the  rack.   Another  similarly  hot  ar~a  was  at  the  res  control  box
with  the  heat  source  from  above  and  behind  the  ICS  box.

    j.  Based  upon  the  available  evidence,   the  source  of  the  heating
was  attributed   to  the  breach  in  the  fuel  transfer  tube  with  sooting
being  deposited  from  convection  forced  downward  from  above.
Additionally,   sooting  products  found  on  the  front  console  and  center
console  suggested  that  the  cockpit  space  was  filled  with  dense  black
smoke  to  at  least  the  upper  level  of  the  front  console  with  smoke
present  but  less  dense  to  at  least  the  lower  edge  of  the  front  console

Enclosure   (89)]

96.   (b)(6)    could  not  recall  whether  fuel  was  being  transferred   at
the  time  of  the  fire,  but  said  that  none  had  been  transferred
beforehand.   [Enclosure  (25))

97.   The  value  of  aircraft  163070 is  estimated   to  be  approximately
$53.6  million.   {Enclosure  (5)]

                          OPINIONS

1.   The  fire  aboard  VULCAN  543  was  caused  by  the  ignition  of  fuel  in
the  aluminum  transfer  tube  which  had  been  breached  by  the  chafing  of
both  the  tube  and  the  insulation  covering  electrical  wiring  within  the
aircraft.   The  evidence  discovered  during  the  post-mishap
engineering  investigations,  particularly  the  location  of  the
breaches  in  the  fuel  line  capable  of  enabling  fuel  to  enter  the
cabin  and  the  apparent  chafing  damage,  are  consistent  with  the
eyewitness  testimony  of  the  two  crewmen  who  survived  the  mishap.
Specifically,   both  crewmen  described  a  shooting  fire  and
originating  high  on  the  port  side  in  the  cabin  space  in  the
vicinity  of  the  flight  refuel  filter.   Additionally,   on€  of  the
surviving  crewman  noted  the  resulting  black  smoke  smelled  like
fuel.   [FOFs  (18),  (19),  (22),  (93)  and  (94)]

000018

Subj:   COMMAND INVESTIGATION  OF THE HM-14  CLASS ALPHA MISHAP
        THAT OCCURRED ON 8 JANUARY 2014

2.  The intensity  and ferocity of the fire produced thick,  black
billowing  smoke that irmnediately engulfed VULCAN 543's  cabin and
cockpit,. making it difficult  to breathe  and creating a  severe
visual  obscuration,  essentially  blinding  the aircrew.  [FOF (22)]

3.  Without  visual reference  to the horizon  or visual  reference
to the cockpit instrumentation,  the mishap aircrew  experienced a
loss of spatial  awareness,  resulting in disorientation,   and
rendering  them unable  to implement  control  inputs  required  to
maintain  the  vertical  and horizontal  plane  in relation to  the
surface  [water],  causing VULCAN 543 to crash  into the Atlantic
Ocean.  [FOFs  (22),  **(23)**  and  **(24)**]

4.  VULCAN 543's  mishap,  from  the time the  fire  erupted in  the
cabin until the aircraft  impacted the water was extremely  brief,
perhaps as short as only 20 seconds.  This  timeline  is based upon
the fact that VULCAN 543 was  operating at approximately  100 feet
AGL at the time of the fire,  and the short period of time as
described  the  surviving  crewmen  whose testimony  establishes  the
fire  was irrumediately detected,  was reported  to the  cabin,  the
efforts  taken to combat  the fire,  the speed  with  which the  cabin
filled  with smoke and subsequent  impact.  This is further
supported  by the lack of MAYDAY or ditching  calls made by VULCAN
543's HAC and co-pilot  prior to impact and VULCAN 547's  inability
to visually  re-acquire  VULCAN  543 while operating  in an adjacent
tow field  on a day with outstanding  visibility.  [FOFs  (18),
{19),  (21),  (22),  (23),  (24),  (25),  (30),  (31)  and  (32)]

5.  The mishap  crew was fully  qualified to  conduct  the  scheduled
training  flight  (tow operations)  on 8 January 2014.  (FOFs (1),
**(2)**,  **(53)**,  (54),  **(55)**,  **(56)**,  **(57)**,  **(58)**,  **(60)**,  (61),  **(62)**,  (63),
(64),  (65),  (67),  (68),  (69),  (70),  (71)r  (72),  (74),  (75),  (76),
**(77)**,  (78),  **(79)**,  (81),  (82),  (83),  (84)r  (85)  and  (86))

6.  The mishap  flight  crew conducted  and properly  completed a
flight crew brief,  a computation  card  (used to determine  engine
performance),  an Operational  Risk Management assessment,  a
preflight  inspection,  and all applicable  checklists prior  to
departing  the airfield at approximately  0811.  [FOFs  (4),  (6) and
**(91)**)

7.  The mishap  aircraft  was properly  maintained,  authorized "Safe
for Flight"  and scheduled  for the mishap flight.  The mishap
aircraft  was properly  inspected and mechanically  sound prior to
the mishap flight.  There was no negligence  or disregard  for
safety  on the part of the Maintenance  Department.  [FOFs  (4),
**(5)**,  (88),  (89),  **(90)**,  **(91)**,  **(92)**,  **(93)**  and  (94))

000019

Subj:   COMMAND INVESTIGATION OF THE HM-14 CLASS ALPHA MISHAP
        THAT OCCURRED ON 8 JANUARY 2014

8.    It is specifically noted that the inspection of internal
wiring bundling and other objects inside the aircraft for signs
of chafing was not specifically required.  While all hands are
instructed and encouraged to bring any observed discrepancies to
the attention of maintenance and safety personnel and while
aircraft are subjected to routine inspections, that no one
detected the rubbing discovered during the post-mishap
engineering investigations was not surprising given the purpose
of pre-flight inspections and the amount of wiring inside the MH-
53.  [FOFs (4), (5), (92), (93), (94) and (95)

9.    Neither the aircraft's engines nor the aircraft's heater were
causal factors.  Not only did all three engines pass their
respective in-flight power checks, but none of the recovered
engines showed any evidence of fire.  [FOFs (4), (7), (8), (14),
(15), (16), (17) and (51)]

10.   The aircrew properly diagnosed the momentary flicker of the
Fire Warning Light as erroneous due to the time of day and
conditions of sunlight.  Subsequent Cabin Integrity Checks
confirmed no evidence of fire.  [FOFs (9), (10), (11) and (17) ]

11.   The combined actions of VULCAN 547, BAYRAIDER 42 and
BAYRAIDER 44 were instrumental in the expeditious rescue/recovery
efforts.  Although not qualified to execute a rescue, VULCAN
547rs immediate MAYDAY call set in motion the immediate rescue of
the three crew members, two of whom were badly injured and all of
whom were exhibiting various degrees of hypothermia while the
BAYRAIDER 42 and BAYRAIDER 44rs unilateral decision to cancel
their training mission and proceed to the crash site as SAR-
capable aircraft enabled the immediate rescue and transport of
three badly-injured crew members to Sentara Norfolk.  [FOFs (32),
(33), (34), (35), (36), {37), (38), (39), {40), (41), {43) and
(45) )

12.   Weather was not a causal factor.  [FOFs (12), (18)ɹ ɩ19),
(22), (30) and (52)]

13.   Towing the MK-104 was not a causal factor.  [FOFs (8), (9),
(12), (18), (19) and (22)]

14.   There was no negligence or disregard for safety on the part
of Command, Helicopter Mine Countermeasure Squadron FOURTEEN.
[FOFs (1), (2), (4), (5), (7), (8), (9), (10), (11), (12), (14),
(15), (16), (17), (18), (21), (22), (53), (54), (55), (56), (57),
(58), {60), (61), (62), (63), (64), (65), (67), (68), (69), (70),
(71)ɹ (72)ɩ (74)ɹ (75)ɹ (76)ɹ (77)ɹ (78)ɹ (79)ɹ (81)ɹ (82)ɹ (83)ɹ
(84), (85), (86), (88), (90), (91), (92), (93) and (94))

000020

Subj:   COMMAND INVESTIGATION OF THE HM-14 CLASS ALPHA MISHAP
        THAT OCCURRED ON 8 JANUARY 2014

15.   The flight of VULCAN 543 was in accordance with all governing directives.   There is no evidence of carelessness, neglect or malpractice on the part of the crew of VULCAN 543. [FOFs (1), (2), (4), (5), (6), (7), (8), (9), (10), (11), (14). (15), (16), (17}, (21), (22), (23), (24), (88), (91}, (92), (93) r (94) and (95)]

16.   There are no grounds for administrative or disciplinary action against anyone as the result of this investigation.   [FOFs (1) through (97)]

RECOMMENDATIONS

1.   A copy of this report be submitted to the aircraft controlling custodian for information, endorsement and forwarding as required/desired.

2.   An Aviation Hazard Report regarding the potential for chafing of insulation covering active wiring and fuel lines be submitted.

3.   All MH-53 activities conduct a minimum one-time safety inspection of all fuel lines and wires for evidence of chafing.

4.   That a periodic schedule for inspecting fuel lines and wires for evidence of chafing be developed.

(b)(6)
_____
INVESTIGATING   OFFICER

000021