UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------------x

Nicole Van Dorn, as Surviving Spouse and Personal Representative for the Estate of Lt. J. Wesley Van Dorn, USN, deceased;

Amy Snyder, as Surviving Spouse and Personal Representative for the Estate of Lt. Sean Christopher Snyder, USN, deceased;

Cheyenne Collins, as Surviving Spouse and Personal Representative for the estate of Petty Officer 3rd Class Brian Andrew Collins, USN, deceased; and

Petty Officer 2nd Class Dylan Morgan Boone, USN,

      Plaintiffs,

  -against-

Sikorsky Aircraft Corporation; Sikorsky Support Services, Inc., dba Sikorsky Aerospace Services; General Electric Company; E.I. du Pont de Nemours and Company; and L-3 Communications Corporation,

      Defendants.

-------------------------------------------------------------------x

Civil No. 3:15-cv-01877-AWT

**MOTION FOR ADMISSION *PRO HAC VICE* OF LISA J. SAVITT**

  Pursuant to Local Rule of Civil Procedure 83.1(d), Diane Westwood Wilson, a member of the Bar of this Court and a partner with the law firm Dentons US LLP, respectfully moves this Court for an order permitting Lisa J. Savitt of The Axelrod Firm, PC, to be admitted *pro hac vice* to represent defendant E. I. du Pont de Nemours and Company in this action. In support of this motion, movant states, based upon the accompanying Affidavit of Lisa Savitt, attached hereto as Exhibit A, that:

  1. Ms. Savitt is a partner at The Axelrod Firm, PC. Her contact information is: The Axelrod Firm, PC, 5028 Wisconsin Avenue, N.W., Suite 100, Washington, D.C. 20016, telephone number: 202-765-2727, facsimile number: 215-238-1779, and email: lsavitt@theaxelrodfirm.com.

2. Ms. Savitt is a member in good standing of the following bars:

    a. the Bar of the District of Columbia (Bar No. 434559);

    b. the Bar of the State of New York (Bar No. 1812080);

    c. the Bar of the State of Pennsylvania (Bar No. 40557);

    d. the United States District Court for the Eastern District of New York;

    e. the United States District Court for the Southern District of New York;

    f. the United States District Court for the Eastern District of Pennsylvania;

    g. the United States Court of Appeals for the Second Circuit;

    h. the United States Court of Appeals for the Third Circuit;

    i. the United States Court of Appeals for the District of Columbia; and

    j. the United States Supreme Court;

3. There are no pending disciplinary complaints against Ms. Savitt as to which a finding has been made that such complaint should proceed to a hearing.

4. Ms. Savitt has never been denied admission to, been disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this Court or any other court while facing a disciplinary complaint.

5. Ms. Savitt has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. Ms. Savitt designates Diane Westwood Wilson of Dentons US LLP, 1221 Avenue of the Americas, New York, New York 10020, as her agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of her admission *pro hac vice* to the District of Connecticut.

DATED: May 19, 2016				DENTONS US LLP

By:_____
    Diane Westwood Wilson (ct25376)
1221 Avenue of the Americas
New York, New York  10020-1089
Tel: (212) 905-8369
Fax: (212) 768-6800
Email: diane.wilson@dentons.com

## **CERTIFICATION**

      I certify that on May 19, 2016, a copy of the foregoing was electronically filed and served by regular mail, postage prepaid, on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: _/s/ Diane Westwood Wilson_

Diane Westwood Wilson (ct25376)

DENTONS US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Tel: (212) 905-8369
Fax: (212) 768-6800
Email: diane.wilson@dentons.com