# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------------x

Nicole Van Dorn, as surviving spouse and personal representative for the Estate of Lt. J. Wesley Van Dorn, USN, deceased;

Amy Snyder, as surviving spouse and personal representative for the Estate of Lt. Sean Christopher Snyder, USN, deceased;

Cheyenne Collins, as surviving spouse and personal representative for the estate of Petty Officer 3rd Class Brian Andrew Collins, USN, deceased; and

Petty Officer 2nd Class Dylan Morgan Boone, USN,

     Plaintiffs,

  -against-

Sikorsky Aircraft Corporation; Sikorsky Support Service, Inc. dba Sikorsky Aerospace Services; General Electric Company; E.I. du Pont de Nemours and Company; and L-3 Communications Corporation,

     Defendants.

Civil No. 3:15-cv-01877-AWT

**AFFIDAVIT OF LISA J. SAVITT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

-------------------------------------------------------------------x

I, Lisa J. Savitt, being of lawful age and duly sworn upon her oath, states as follows:

1. Pursuant to Local Rule 83.1(d), I respectfully submit this Affidavit in support of the accompanying Motion for Admission *Pro Hac Vice* as a visiting attorney representing defendant E. I. du Pont de Nemours and Company in this action.

2. I am a partner at The Axelrod Firm, PC. My contact information is: The Axelrod Firm, PC, 5028 Wisconsin Avenue, N.W., Suite 100, Washington, D.C. 20016, telephone number: 202-765-2727, facsimile number: 215-238-1779, and email: lsavitt@theaxelrodfirm.com.

3. I am a member in good standing of the following bars:

   a. the Bar of the District of Columbia (Bar No. 434559);

   b. the Bar of the State of New York (Bar No. 1812080);

   c. the Bar of the State of Pennsylvania (Bar No. 40557);

   d. the United States District Court for the Eastern District of New York;

   e. the United States District Court for the Southern District of New York;

   f. the United States District Court for the Eastern District of Pennsylvania;

   g. the United States Court of Appeals for the Second Circuit;

   h. the United States Court of Appeals for the Third Circuit;

   i. the United States Court of Appeals for the District of Columbia; and

   j. the United States Supreme Court;

4. There are no pending disciplinary complaints against me as to which a finding has been made that such complaint should proceed to a hearing.

5. I have never been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court while facing a disciplinary complaint.

6. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I designate Diane Westwood Wilson of Dentons US LLP, 1221 Avenue of the Americas, New York, New York 10020, as my agent for service of process, and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission *pro hac vice* to the District of Connecticut.

DATED: May 16, 2016          By: _____
                                  Lisa J. Savitt

Subscribed to and sworn before me
this 16 day of May 2016.

_____
Notary Public
My Commission expires on: 08/21/2016

NOTARY SEAL
Brendan R. Blee, Notary Public
Montgomery County, Bethesda, Maryland
My Commission Expires Aug. 21, 2016

3