**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

NICOLE VAN DORN, as Surviving Spouse
and Personal Representative for the Estate
of Lt. J. WESLEY VAN DORN, USN,
deceased;

AMY SNYDER, as Surviving Spouse and
Personal Representative for the Estate of LT.
SEAN CHRISTOPHER SNYDER, USN,
deceased;

CHEYENNE COLLINS, as Surviving Spouse
and Personal Representative for the Estate of
Petty Officer 3rd Class BRIAN ANDREW
COLLINS, USN, deceased; and

Petty Officer 2nd Class DYLAN MORGAN
BOONE, USN,

               Plaintiffs

v.

SIKORSKY AIRCRAFT CORPORATION;
SIKORSKY SUPPORT SERVICES, INC. dba
SIKORSKY AEROSPACE SERVICES;
GENERAL ELECTRIC COMPANY;
E.I. DU PONT DE NEMOURS & CO.; THE
DOW CHEMICAL COMPANY; and
L-3 COMMUNICATIONS CORPORATION

               Defendants

Case No.: 3:15-cv-01877-AWT

Motion to Admit Paul N. Bowles III
Pro Hac Vice

1

## MOTION TO ADMIT PAUL N. BOWLES III PRO HAC VICE

Pursuant to D. Conn. L. Civ. R. 83.1(d), Frank G. Usseglio, as counsel for the defendants Sikorsky Aircraft Corporation, and Sikorsky Support Services, Inc. d/b/a Sikorsky Aerospace Services ("Sikorsky Defendants"), hereby moves the Court to admit Paul N. Bowles III, Pro Hac Vice, to serve as co-counsel for the Sikorsky Defendants in this matter.

Filed with this motion is a Certificate of Good Standing for Attorney Bowles, along with a fee of seventy-five ($75.00) dollars.   Also attached is an affidavit of Attorney Bowles, which demonstrates that he meets the criteria for admission to this court to serve as co-counsel in this matter.  Attorney Bowles has valuable knowledge regarding matters of this nature against the defendants, and his admittance in this matter will be beneficial to said defendants.

_____ /s/ Frank G. Usseglio _____
FRANK G. USSEGLIO, ESQ.
Federal Bar No. ct04331
Kenny, O'Keefe & Usseglio, P.C.
21 Oak Street, Suite 208
Hartford, Connecticut  06106
(860) 246-2700

DATED: JUNE 1, 2016

## CERTIFICATION

I hereby certify that on this 1st day of June, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electric filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

> /s/ Frank G. Usseglio
> FRANK G. USSEGLIO

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

NICOLE VAN DORN, as Surviving Spouse
and Personal Representative for the Estate
of Lt. J. WESLEY VAN DORN, USN,
deceased;

AMY SNYDER, as Surviving Spouse and
Personal Representative for the Estate of LT.
SEAN CHRISTOPHER SNYDER, USN,
deceased;

CHEYENNE COLLINS, as Surviving Spouse
and Personal Representative for the Estate of
Petty Officer 3rd Class BRIAN ANDREW
COLLINS, USN, deceased; and

Petty Officer 2nd Class DYLAN MORGAN
BOONE, USN,

                    Plaintiffs

v.


SIKORSKY AIRCRAFT CORPORATION;
SIKORSKY SUPPORT SERVICES, INC. dba
SIKORSKY AEROSPACE SERVICES;
GENERAL ELECTRIC COMPANY;
E.I. DU PONT DE NEMOURS & CO.; THE
DOW CHEMICAL COMPANY; and
L-3 COMMUNICATIONS CORPORATION

                    Defendants

Case No.: 3:15-cv-01877-AWT

Affidavit of Paul N. Bowles III, in
support of Motion for Admission
Pro Hac Vice

1468198.1                         1

## AFFIDAVIT OF PAUL N. BOWLES III

Paul N. Bowles III hereby deposes and says:

In support of my application to be admitted as a visiting lawyer, in connection with this matter, I supply the following information:

1.     I am a partner in the law firm of Fitzpatrick & Hunt, Tucker, Pagano, Aubert, LLP. My office address is Tower 49- 31st Floor, Twelve East 49th Street, New York, NY, 10017. My office telephone number is (212) 937-4033. My office fax number is (212) 937-4050. My e-mail address is paul.bowles@fitzhunt.com.

2.     I am, or have been, a member of the bars of the following State and Federal Courts:

| Jurisdiction | Bar I.D. # |
|---|---|
| New York State | 4677449 |
| U.S.D.C. for S.D.N.Y. | |
| U.S.D.C. for E.D.N.Y. | |
| New Jersey State | 032612008 |
| U.S.D.C. for D.N.J. | |

3.     I am a member in good standing in each of the bars identified in Paragraph No. 2 above.

4.      I have never been denied admission, nor have I ever been disciplined by United States District Court for the District of Connecticut, or any other court.

5.      I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

6.      I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7.      I have never been the subject of a grievance or individual removal proceeding while a member of the bar of any state or federal court

8.      I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

9.      I have been retained by the Sikorsky Defendants to provide legal representation in this matter.

10.      I designate Frank G. Usseglio, the sponsoring attorney for my admission as a visiting attorney, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

1468198.1                                                   3

I swear that the foregoing statements made by me to be true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

PAUL N. BOWLES III

Sworn and Subscribed before me
This ___ day of April, 2016.
                        MAY

Notary Public:
My Commission Expires:

**NELSON CAMACHO**
**NOTARY PUBLIC-STATE OF NEW YORK**
No. 02CA6277128
Qualified in Queens County
My Commission Expires March 04, 20___



State of New York
Supreme Court, Appellate Division
Third Judicial Department

———————

I, *Robert D. Mayberger,* Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Paul Nathan Bowles

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **22nd day of January, 2009**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **25th day of April, 2016**.

Robert D Mayberger

Clerk