UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------------x

Nicole Van Dorn, as Surviving Spouse and Personal Representative for the Estate of Lt. J. Wesley Van Dorn, USN, deceased;

Amy Snyder, as Surviving Spouse and Personal Representative for the Estate of Lt. Sean Christopher Snyder, USN, deceased;

Cheyenne Collins, as Surviving Spouse and Personal Representative for the estate of Petty Officer 3rd Class Brian Andrew Collins, USN, deceased; and

Petty Officer 2nd Class Dylan Morgan Boone, USN,

      Plaintiffs,

  -against-

Sikorsky Aircraft Corporation; Sikorsky Support Services, Inc. dba Sikorsky Aerospace Services; General Electric Company; E. I. du Pont de Nemours and Company; and L-3 Communications Corporation,

      Defendants.

Civil No. 3:15-cv-01877-AWT

------------------------------------------------------------------------x

## AFFIDAVIT OF PETER C. MESTER
### IN SUPPORT OF E. I. DU PONT DE NEMOURS AND COMPANY'S
### MOTION TO DISMISS

I, Peter C. Mester, hereby affirm as follows:

1.   I make this Affidavit based upon my own personal knowledge and upon my review and familiarity with the business records of E. I. du Pont de Nemours and Company ("DuPont").

2.   I have been employed by DuPont for more than twenty-one years as an attorney in the company's Legal function. Currently, I am Corporate Counsel and an Assistant Corporate Secretary of DuPont. I have held this position for approximately fourteen years. I have reviewed the Rule 12(b)(2) Motion to Dismiss of Defendant E. I. du Pont de Nemours and Company with

accompanying Memorandum of Law ("Motion"). Upon information and belief, each of the facts set forth in the Motion is true and correct.

3. DuPont is a Delaware corporation and maintains its principal place of business in Wilmington, Delaware.

4. DuPont is a diverse company with a focus on science based products, with businesses specializing in performance materials, crop protection, electronics, industrial bioscience and others.

5. DuPont does not own any real property in Connecticut.

6. DuPont does not lease any real property in Connecticut.

7. DuPont does not have any manufacturing sites in Connecticut.

8. DuPont does not have any bank accounts in Connecticut.

9. DuPont is registered to do business in Connecticut, as well as 49 other states, and, as required by Connecticut state law, DuPont has appointed an agent for service of process in the State.

10. Currently, DuPont has four employees located in Connecticut: two who service a remediation site of another company and two who work remotely from their homes. DuPont has tens of thousands of employees worldwide.

11. As set forth in the tables below, between 2012 and 2014, DuPont's sales revenue in Connecticut was approximately half of one percent of its total sales in the United States and less than half of one percent of its total sales worldwide:

| Year | Connecticut Sales | Total US Sales | % |
|---|---|---|---|

|      |         |       |              |
|------|---------|-------|--------------|
| 2014 | 85.5MM  | 15.5B | 0.00551612903 |
| 2013 | 124.3MM | 16.4B | 0.00757926829 |
| 2012 | 90.5MM  | 15.5B | 0.00583870967 |

| Year | Connecticut Sales | Total Worldwide Sales | % |
|------|-------------------|----------------------|---|
| 2015 | 85.5MM  | 25.130B | 0.00340230799 |
| 2014 | 85.5MM  | 28.406B | 0.00300992748 |
| 2013 | 124.3MM | 28.998B | 0.00428650251 |
| 2012 | 90.5MM  | 27.610B | 0.00327779789 |

The Connecticut sales figure for 2015 is an approximation because tax filings are not yet complete, but the figure is not expected to change significantly.

Executed on June 29, 2016.

*(signature)*
Peter C. Mester
Corporate Counsel and Assistant Secretary
E. I. du Pont de Nemours and Company

Sworn to and subscribed before me this 29th day of June, 2016.

*(signature)* Barbara J. Massie
Notary Public
My Commission Expires: 6-15-2019

*(Notary seal: BARBARA J. MASSIE, MY COMMISSION EXPIRES JUNE 15, 2019, NOTARY PUBLIC, STATE OF DELAWARE)*

3