# APPENDIX A



INVESTORS    CAREERS    MEDIA CENTER    PRODUCT FINDER    USA, English - Change

ABOUT US    PRODUCT LINES    INDUSTRIES SERVED    Search

# GLOBAL LOCATIONS

North America ▼    United States ▼

## UNITED STATES

WWW.DUPONT.COM                                                                                              CAREERS    CONTACT

| | | |
|---|---|---|
| Alabama | Mobile, Alabama | Telephone:<br>1-800-441-7515 or<br>1-302-774-1000 |
| California | Hayward, California | Telephone:<br>1-800-441-7515 or<br>1-302-774-1000 |
| | Santa Barbara, California | Telephone:<br>1-800-441-7515 or<br>1-302-774-1000 |
| | Torrance, California | Telephone:<br>1-800-441-7515 or<br>1-302-774-1000 |
| | Woodland, California | Telephone:<br>1-800-441-7515 or<br>1-302-774-1000 |
| Connecticut | Bridgeport, Connecticut | Telephone:<br>1-800-441-7515 or<br>1-302-774-1000 |
| Delaware | Edge Moor, Delaware | Telephone:<br>1-800-441-7515 or<br>1-302-774-1000 |
| | Newark-Pencader, Delaware | Telephone:<br>1-800-441-7515 or<br>1-302-774-1000 |
| | Newark-Stine-Haskell Lab, Delaware | Telephone:<br>1-800-441-7515 or<br>1-302-774-1000 |
| | Newark-Tralee Park, Delaware | Telephone:<br>1-800-441-7515 or<br>1-302-774-1000 |
| | Wilmington - Chestnut Run, Delaware | Telephone:<br>1-800-441-7515 or<br>1-302-774-1000 |
| | Wilmington - Concord Plaza, Delaware | Telephone:<br>1-800-441-7515 or<br>1-302-774-1000 |
| | Wilmington - Experimental Station, Delaware | Telephone:<br>1-800-441-7515 or<br>1-302-774-1000 |
| District of Columbia | Washington, D.C. | Telephone:<br>1-800-441-7515 or |