UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------------x

Nicole Van Dorn, as Surviving Spouse and Personal Representative for the Estate of Lt. J. Wesley Van Dorn, USN, deceased;

Amy Snyder, as Surviving Spouse and Personal Representative for the Estate of Lt. Sean Christopher Snyder, USN, deceased;

Cheyenne Collins, as Surviving Spouse and Personal Representative for the estate of Petty Officer 3rd Class Brian Andrew Collins, USN, deceased; and

Petty Officer 2nd Class Dylan Morgan Boone, USN,

                Plaintiffs,

-against-

Sikorsky Aircraft Corporation; Sikorsky Support Services, Inc., dba Sikorsky Aerospace Services; General Electric Company; E.I. du Pont de Nemours and Company; and L-3 Communications Corporation,

                Defendants.

---------------------------------------------------------------------x

Civil No. 3:15-cv-01877-AWT

**SIKORSKY AIRCRAFT CORPORATION'S AND SIKORSKY SUPPORT SERVICES, INC.'S ASSENTED TO MOTION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

Pursuant to Local Rule 7, Defendants Sikorsky Aircraft Corporation and Sikorsky Support Services, Inc. d/b/a Sikorsky Aerospace Services (the "Sikorsky Defendants") move to extend their time to answer, move, or otherwise respond to Plaintiffs' Third Amended Complaint, filed on August 25, 2016, for 90 days, to and including Wednesday, January 25, 2017. Plaintiffs' counsel consents to this request. This is the second request for an extension of time to respond to the Third Amended Complaint.

The current deadline to respond to the Third Amended Complaint is October 27, 2016. The Sikorsky Defendants and all plaintiffs have reached a settlement in principle regarding all

claims against the Sikorsky Defendants in this matter. These parties are currently working to finalize the settlement, including the execution of settlement releases and submission of the settlement to the appropriate probate court or other cognizant court(s) for necessary approvals with respect to the minor plaintiffs. The Sikorsky Defendants respectfully submit that it is in the interests of judicial efficiency to extend their time to respond to the Third Amended Complaint, as such response may become moot as a result of the settlement.

     For the foregoing reasons, the Sikorsky Defendants respectfully request that the Court grant the requested extension of time and order that the deadline for the Sikorsky Defendants to respond to the Third Amended Complaint is January 25, 2017.

DATED: October 26, 2016

FITZPATRICK & HUNT,
PAGANO, AUBERT, LLP

By: _/s/ Paul N. Bowles III_____
Garrett Fitzpatrick
Paul N. Bowles III (phv08259)
12 E. 49th Street, 31st Floor
New York, New York 10017
Tel: (212) 937-4000
Fax: (212) 937-4050
garrett.fitzpatrick@fitzhunt.com
paul.bowles@fitzhunt.com

-and

KENNY, O'KEEFE & USSEGLIO, P.C.

By: _/s/ Frank Usseglio_____
Frank Usseglio
Capital Place
21 Oak Street, Suite 208
Hartford, Connecticut 06106
Tel: (860) 246-2700
Fax: (860) 246-6480
fusseglio@kou-law.com

*Attorneys for Defendants Sikorsky Aircraft*

*Corporation and Sikorsky Support Services,*
*Inc. dba Sikorsky Aerospace Services*

## **CERTIFICATION**

      I certify that on October 26, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      By: _/s/ Paul N. Bowles III____
      Paul N. Bowles III
      FITZPATRICK & HUNT,
      PAGANO, AUBERT LLP
      12 E. 49th Street, 31st Fl.
      New York, NY 10017