UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICOLE VAN DORN, as Surviving Spouse and Personal Representative of the Estate of LT. J. WESLEY VAN DORN, USN, deceased, et al | : : : : | CIVIL NO. 3:15-cv-01877-AWT |
| Plaintiffs, | : : | |
| v. | : : | |
| SIKORSKY AIRCRAFT CORPORATION, et al | : : : | |
| Defendants. | : | OCTOBER 27, 2016 |

### DEFENDANT L-3 COMMUNICATIONS CORPORATION'S MOTION TO DISMISS AND STRIKE PLAINTIFFS' THIRD AMENDED COMPLAINT

Pursuant to Rules 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure ("F. R. Civ. P."), Defendant L-3 Communications Corporation ("L-3") moves to dismiss and/or strike Plaintiffs' state law wrongful death and personal injury claims, and Plaintiffs' requested state-law relief and claim for jury trial, as set forth in the Third Amended Complaint on the grounds that Plaintiffs' Third Amended Complaint fails to state claims and remedies upon which relief can be granted for the reasons that:

(a) Plaintiffs' wrongful death and punitive damage claims are governed exclusively by The Death on the High Seas Act ("DOHSA"), 46 U.S.C. 30301, et seq.;

(b) Plaintiff Boone's claims are governed exclusively by general maritime law; and

(c) Plaintiffs' Jury Trial Demand should be stricken because there is no right to jury trial in cases subject to the admiralty jurisdiction of the Court.

1

L-3 respectfully requests that the Court dismiss the Plaintiffs' non-DOHSA wrongful death claims and strike the non-pecuniary damages requested in Plaintiffs' Third Amended Complaint. L-3 further respectfully requests that the Court dismiss Plaintiff Boone's state-law personal injury claims and strike any damages not permitted under general maritime law, because state law has no application to his general maritime law claims. Lastly, L-3 respectfully requests that the Court strike Plaintiffs' claim for a jury trial because jury trials are not permitted in admiralty cases, whether under DOHSA or general maritime law.

L-3's Motion To Dismiss and Strike is based upon the pleadings and the points and authorities set forth in the Defendant General Electric Company's Memorandum of Law in Support of Motion to Dismiss and Strike (DE 104) Plaintiffs' Third Amended Complaint which is incorporated herein by reference.

Wherefore, L-3 submits that its Motion To Dismiss and Strike should be granted.

    Respectfully submitted,

    DEFENDANT
    L-3 COMMUNICATIONS CORPORATION

    BY  /s/ Steven E. Arnold_____
        Steven E. Arnold ct07966
        sea@salaw.us
        SA Law, P.C.
        8 Whittier Place, Suite 14F
        Boston, MA 02114
        (617) 670-0868
        Its Attorneys

## **CERTIFICATION**

      I certify that on October 27, 2016 a copy of the foregoing was filed electronically and served by regular mail, postage prepaid, on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.   Parties may access this filing through the Court's CM/ECF System.

                                                                                                         /s/ Steven E. Arnold
                                                                                                          Steven E. Arnold