**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

-------------------------------------------------------------------x

Nicole Van Dorn, as Surviving Spouse and Personal
Representative for the Estate of Lt. J. Wesley Van Dorn,
USN, deceased;

Amy Snyder, as Surviving Spouse and Personal
Representative for the Estate of Lt. Sean Christopher
Snyder, USN, deceased;

Cheyenne Collins, as Surviving Spouse and Personal
Representative for the estate of Petty Officer 3rd Class
Brian Andrew Collins, USN, deceased; and

Petty Officer 2nd Class Dylan Morgan Boone, USN,

                               Plaintiffs,

          -against-

Sikorsky Aircraft Corporation; Sikorsky Support
Services, Inc. dba Sikorsky Aerospace Services; General
Electric Company; E. I. du Pont de Nemours and
Company; and L-3 Communications Corporation,

                               Defendants.

Civil No. 3:15-cv-01877-AWT

-------------------------------------------------------------------x

**MOTION OF DEFENDANT E. I. DU PONT DE NEMOURS AND COMPANY**
**FOR LEAVE TO FILE UNDER SEAL EXHIBIT A**
**TO THE DECLARATION OF DIANE WESTWOOD WILSON**

      Defendant E. I. du Pont de Nemours and Company, by and through its undersigned

counsel, moves pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule 5(e) of the

United States District Court for the District of Connecticut, to file under seal Exhibit A to the

Declaration of Diane Westwood Wilson ("Wilson Declaration").  In accordance with the Local

Rules, a redacted copy of Exhibit A is being filed with the Wilson Declaration submitted in

Support of DuPont's Motion to Dismiss Plaintiffs' Third Amended Complaint, and an

unredacted sealed copy of Exhibit A is being filed with this motion.

The grounds for this motion are as follows:

1.      Exhibit A to the Wilson Declaration is a military specification ("Sikorsky Specification SS 7322") containing confidential proprietary information of co-defendant Sikorsky Aircraft Corporation ("Sikorsky"), which has been produced by Sikorsky on the condition that DuPont maintains its confidentiality.

2.      Sikorsky has an interest in protecting the privacy of its proprietary military specification.  *See, e.g.*, *Principal Nat'l Life Ins. Co. v. Coassin*, 2015 WL 3466111, t *3 (D. Conn. June 1, 2015) (holding that defendant's proprietary interest in its confidential underwriting guidelines was sufficient to overcome the presumption of public access because the guidelines "implicate[d] sources of business information that might harm [defendant's] competitive standing such that sealing them would be appropriate.") (citation omitted).  *See also Scott D. Boras Inc. v. Sheffield*, 2009 WL 3444937, at *1 (S.D.N.Y. Oct. 26, 2009) (holding that documents containing proprietary business matters could be filed under seal); *GoSMiLE, Inc. v. Dr. Jonathan Levine, D.M.D., P.C.*, 769 F. Supp. 2d 630, 650 (S.D.N.Y. 2011) (concluding that proprietary material concerning defendants' marketing strategies, product development, costs and budgeting should be filed under seal).

3.      Sikorsky produced Sikorsky Specification SS 7322 pursuant the Stipulation and Protective Order [Dkt. 100].   As detailed in DuPont's Motion to Dismiss Plaintiffs' Third Amended Complaint, Sikorsky Specification SS 7322 pertains to the allegedly defective wiring that Plaintiffs also allege contained Kapton®, a product of DuPont.   *See* Third Amended Complaint, ¶¶ 56-59; 61.  DuPont acknowledges that not every document produced pursuant to the Stipulation and Protective Order is entitled to be submitted under seal; however, as to the Sikorsky military specification that is the subject of this motion, there is no legitimate public

interest in the disclosure and Sikorsky has a genuine interest in maintaining confidentiality with respect to its proprietary military specifications.

WHEREFORE, DuPont respectfully requests that the Court grant its motion to seal and order that Exhibit A to the Wilson Declaration may be filed under seal.

Dated: October 27, 2016

Respectfully submitted,

DENTONS US LLP

By: _Diane Westwood Wilson_____

Diane Westwood Wilson (ct25376)
1221 Avenue of the Americas
New York, New York 10020-1089
Tel: (212) 905-8369
Fax: (212) 768-6800
Email: diane.wilson@dentons.com

-and-

THE AXELROD FIRM, PC
Lisa J. Savitt (admitted *pro hac vice*)
5028 Wisconsin Avenue, NW
Suite 100
Washington, DC 20016
Tel: (202) 765-2727
Fax: (215) 238-1779
Email: lsavitt@theaxelrodfirm.com

*Attorneys for Defendant E. I. du Pont de Nemours and Company*

## **CERTIFICATION**

      I certify that on October 27, 2016, a copy of the foregoing was electronically filed and served by regular mail, postage prepaid, on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


By: _Diane Westwood Wilson_

Diane Westwood Wilson (ct25376)
DENTONS US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Tel: (212) 905-8369
Fax: (212) 768-6800
Email: diane.wilson@dentons.com