# WILSON DECLARATION

# EXHIBIT A

# (REDACTED)



**SIKORSKY AIRCRAFT** — Division of **UNITED TECHNOLOGIES**
Stratford, Connecticut 06602

WIRE, ELECTRIC, FLUOROCARBON/POLYIMIDE
INSULATED, MEDIUM WEIGHT, SILVER COATED
COPPER CONDUCTOR, 600 VOLTS, 200°C

SS 7322 — SHEET 1 OF 5

SIKORSKY SPECIFICATION
MATERIAL & PROCESS
CODE IDENT NO. 78286

SS 7322

SIKORSKY CONFIDENTIAL - CIVIL CASE NO. 3:15-CV-01877-AWT        SAC 000001

FSCM NO. 78286 | **SIKORSKY AIRCRAFT**  Stratford, Connecticut 06602 | SS 7322 SHEET 2

SA5139-1 REV. A

SIKORSKY CONFIDENTIAL - CIVIL CASE NO. 3:15-CV-01877-AWT   SAC 000002

| FSCM NO. 78286 | SIKORSKY AIRCRAFT — Stratford, Connecticut 06602 — UNITED TECHNOLOGIES | SS7322 SHEET 3 |

SIKORSKY CONFIDENTIAL - CIVIL CASE NO. 3:15-CV-01877-AWT　　　　SAC 000003

| FSCM NO: | **SIKORSKY AIRCRAFT** UNITED TECHNOLOGIES | SS7322 |
|---|---|---|
| 78286 | Stratford, Connecticut 06602 | SHEET 4 |

SIKORSKY CONFIDENTIAL - CIVIL CASE NO. 3:15-CV-01877-AWT

SAC 000004

FSCM NO.
78286

**SIKORSKY AIRCRAFT**
Stratford, Connecticut 06602
UNITED TECHNOLOGIES

SS 7322

SHEET 5

SIKORSKY CONFIDENTIAL - CIVIL CASE NO. 3:15-CV-01877-AWT    SAC 000005