UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Nicole Van Dorn, as surviving spouse and personal representative for the Estate of LT J Wesley Van Dorn, USN, deceased; <br><br> Amy Snyder, as surviving spouse and personal representative for the Estate of LT Sean Christopher Snyder, USN, deceased; <br><br> Cheyenne Collins, as surviving spouse and personal representative for the Estate of Petty Officer 3rd Class Brian Andrew Collins, USN, deceased; and <br><br> Petty Officer 2nd Class Dylan Morgan Boone, USN, <br><br> Plaintiffs, <br><br> - against - <br><br> Sikorsky Aircraft Corporation; Sikorsky Support Services, Inc., dba Sikorsky Aerospace Services; General Electric Company; E.I. du Pont de Nemours and Company; and L-3 Communications Corporation, <br><br> Defendants. | Docket No. 3:15-cv-01877-AWT <br><br> **Plaintiffs' Motion for Leave to File Under Seal their Unredacted Memorandum of Law in Opposition to Defendant E.I du Pont de Nemours and Company's Motion to Dismiss Plaintiffs' Third Amended Complaint** |

**KREINDLER & KREINDLER LLP**
Francis G. Fleming, Esq. (CT 30032)
Andrew J. Maloney, Esq. (CT 15639)
750 Third Avenue
New York, New York 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432
Email: ffleming@kreindler.com
Email: amaloney@kreindler.com

*Attorneys for Plaintiffs*

Plaintiffs Nicole Van Dorn, Amy Snyder, Cheyenne Collins and Petty Officer 2nd Class Dylan Morgan Boone, USN, ("Plaintiffs") submit this motion under Federal Rule 5.2(d) and Local Rule 5(e) for leave to file under seal their unredacted Memorandum of Law in Opposition to defendant E.I du Pont de Nemours and Company's ("DuPont") motion to dismiss Plaintiffs' Third Amended Complaint.

1. On November 14, 2016, this Court granted DuPont's motion to seal Exhibit A to the Declaration of Diane Westwood Wilson (Doc. No. 114).

2. Exhibit A is a military specification "containing proprietary information of co-defendant Sikorsky Aircraft Corporation," which DuPont relies on in arguing its motion to dismiss for lack of personal jurisdiction. *DuPont's Motion to Seal*, ¶ 1 (Doc. No. 108).

3. In their memorandum opposing DuPont's motion to dismiss, Plaintiffs extensively reference and quote portions of the sealed specification. In compliance with Local Rules, Plaintiffs have filed a redacted copy of that memorandum and an unredacted sealed copy.

WHEREFORE, Plaintiffs respectfully request that this Court grant this motion to seal and order that Plaintiffs' unredacted Memorandum of Law in Opposition to Defendant DuPont's Motion to Dismiss Plaintiffs' Third Amended Complaint be filed under seal.

Dated: December 8, 2016

Respectfully submitted,

KREINDLER & KREINDLER LLP

By: /s/ Francis G. Fleming
Francis G. Fleming, Esq. (CT 30032)
Andrew J. Maloney, Esq. (CT 15639)

*Attorneys for Plaintiffs,*
*Nicole Van Dorn, Amy Snyder,*
*Cheyenne Collins and Dylan Morgan Boone*

## CERTIFICATION

I hereby certify that on this 8th day of December, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electric filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Francis G. Fleming*
FRANCIS G. FLEMING