UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICOLE VAN DORN, as Surviving Spouse and Personal Representative for the Estate of Lt. J. WESLEY VAN DORN, USN, deceased; | |
| AMY SNYDER, as Surviving Spouse and Personal Representative for the Estate of LT. SEAN CHRISTOPHER SNYDER, USN, deceased; | |
| CHEYENNE COLLINS, as Surviving Spouse and Personal Representative for the Estate of Petty Officer 3rd Class BRIAN ANDREW COLLINS, USN, deceased; and | Case No.: 3:15-cv-01877-AWT |
| Petty Officer 2nd Class DYLAN MORGAN BOONE, USN, | |
| Plaintiffs. | |
| v. | December 23, 2016 |
| SIKORSKY AIRCRAFT CORPORATION; SIKORSKY SUPPORT SERVICES, INC. dba SIKORSKY AEROSPACE SERVICES; GENERAL ELECTRIC COMPANY; E.I. DU PONT DE NEMOURS & CO.; and L-3 COMMUNICATIONS CORPORATION, | |
| Defendants. | |

**NOTICE REGARDING PROPOSED SUMMARY JUDGMENT MOTION**

At the Court's December 5, 2016 pre-filing conference held to discuss defendant General Electric Company's ("GE") proposed summary judgment motion, the Court ordered GE to submit "briefing in about three weeks [i.e., on or around December 23], to aid the court in understanding GE's position as to its role with regard to the plaintiffs' allegations." ECF No. 118.

Since the conference, plaintiffs and GE have resolved the claims against GE. Therefore, GE notifies the Court that it no longer intends to submit the requested briefing.

        DEFENDANT
        GENERAL ELECTRIC COMPANY

        */s/ Kevin M. Smith*
        Kevin M. Smith (ct24774)
        Erik H. Beard (ct26941)
        WIGGIN AND DANA LLP
        One Century Tower
        265 Church Street
        New Haven, Connecticut  06510
        Phone: (203) 498-4400
        Fax: (203) 782-2889
        Email: ksmith@wiggin.com
        Email: ebeard@wiggin.com

## CERTIFICATE OF SERVICE

      I hereby certify that, on December 23, 2016, a copy of the foregoing Memorandum of Law In Support of General Electric Company's Motion to Dismiss and Strike was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may also access this filing through the Court's CM/ECF System.

                                                 */s/ Kevin M. Smith*
                                                 Kevin M. Smith (ct24774)
                                                 WIGGIN AND DANA LLP
                                                 One Century Tower
                                                 265 Church Street
                                                 New Haven, Connecticut 06510
                                                 Phone: (203) 498-4400
                                                 Fax: (203) 782-2889
                                                 Email: ksmith@wiggin.com

12445\31\3598092.v2