UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Nicole Van Dorn, as Surviving Spouse and Personal Representative for the Estate of LT J Wesley Van Dorn, USN, Deceased; | No. 3:15-cv-01877-AWT |
| Amy Snyder, as Surviving Spouse and Personal Representative for the Estate of LT Sean Christopher Snyder, USN, Deceased; | |
| Cheyenne Collins, as Surviving Spouse and Personal Representative for the Estate of Petty Officer 3rd Class Brian Andrew Collins, USN, Deceased; and | **Unopposed Motion to Amend Scheduling Order** |
| Petty Officer 2nd Class Dylan Morgan Boone, USN, | |
| Plaintiffs, | July 25, 2017 |
| - against - | |
| Sikorsky Aircraft Corporation; Sikorsky Support Services, Inc. dba Sikorsky Aerospace Services; | |
| General Electric Company; | |
| E.I. du Pont de Nemours and Company; and | |
| L-3 Communications Corporation, | |
| Defendants. | |

Plaintiffs Nicole Van Dorn, Amy Snyder, Cheyenne Collins and Dylan Morgan Boone, respectfully move to amend the scheduling order in this matter (Doc. No. 43). Defendants do not oppose Plaintiffs' motion.

Presently, the scheduling order contains the following deadlines pertaining to damages discovery:

a. Deadline for production of damages analyses and for the Plaintiffs to designate damages experts and produce damages expert reports – **August 1, 2017**.

b. Deadline for the deposition of the Plaintiffs' damages experts – **December 15, 2017.**

c. Deadline for Defendants to designate damages experts and produce damages expert reports –**March 1, 2018**.

d. Deadline for the deposition of the Defendants' damages experts – **May 1, 2018.**

e. Deadline for parties to produce rebuttal damages expert reports – **July 1, 2018**.

f. All damages discovery, including expert damages discovery, completed by **September 1, 2018**.

Plaintiffs respectfully request that these dates be moved forward by six months to the following:

a. Deadline for production of damages analyses and for the Plaintiffs to designate damages experts and produce damages expert reports – **December 1, 2018**.

b. Deadline for the deposition of the Plaintiffs' damages experts – **March 15, 2018.**

c. Deadline for Defendants to designate damages experts and produce damages expert reports – **July 2, 2018**.

d. Deadline for the deposition of the Defendants' damages experts – **September 1, 2018.**

e. Deadline for parties to produce rebuttal damages expert reports – **November 3, 2019**.

f. All damages discovery, including expert damages discovery, completed by **January 5, 2019**.

Plaintiffs are presently engaged in litigation in Texas state court, *Van Dorn v. M1 Support Services, L.P.* Case No. 16-00046-393, involving the same helicopter crash. Plaintiffs Amy Snyder and Nicole Van Dorn were deposed in Norfolk, Virginia and Raleigh, North Carolina on July 11 and July 13, 2017. In addition, Plaintiffs Cheyenne Collins and Dylan Morgan Boone will be deposed in San Francisco, California on July 25 and July 26, 2017. Counsel for

Defendant L-3 Communications Corporation attended the Snyder and Van Dorn depositions in Virginia and will also be present at the Collins and Boone depositions in California.

In addition, the parties have still not received any of the documents requested from the United States Navy in their *Touhy* request, which was submitted on October 7, 2016. Plaintiffs have written to the Navy requesting an update on the status of the parties' request and have received no response to date.

Plaintiffs have conferred with counsel for Defendants regarding this motion. Defendant L-3 Communications Corp. does not oppose this motion. As parties against whom this matter has been resolved, Defendants Sikorsky Aircraft Corporation; Sikorsky Support Services, Inc. dba Sikorsky Aerospace Services, General Electric Company and E.I. du Pont de Nemours and Company have advised Plaintiffs' counsel that they take no position on the motion.

WHEREFORE, Plaintiffs respectfully request that this Court grant this unopposed motion to amend the scheduling order in this matter.

Dated: July 25, 2017

Respectfully submitted,

KREINDLER & KREINDLER LLP

By: */s/ Francis G. Fleming*
Francis G. Fleming (CT 30032)
Andrew J Maloney (CT 15639)
750 Third Avenue
New York, New York 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432
Email: ffleming@kreindler.com
Email: amaloney@kreindler.com

*Attorneys for Plaintiffs Nicole Van Dorn, Amy Snyder, Cheyenne Collins, and Dylan Morgan Boone*

## CERTIFICATION

I hereby certify that on this 25th day of July, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electric filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                        */s/ Francis G. Fleming*
                                                        FRANCIS G. FLEMING