UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------- x
NICOLE VAN DORN, AS SURVIVING      :
SPOUSE AND PERSONAL REPRESENTATIVE :
FOR THE ESTATE OF LT. J. WESLEY    :
VAN DORN, USN, DECEASED;           :
                                   :
AMY SNYDER, AS SURVIVING SPOUSE    :
AND PERSONAL REPRESENTATIVE FOR    :
THE ESTATE OF LT. SEAN CHRISTOPHER :
SNYDER, USN, DECEASED;             :
                                   :
CHEYENNE COLLINS, AS SURVIVING     :
SPOUSE AND PERSONAL REPRESENTATIVE :
FOR THE ESTATE OF PETTY OFFICER    :
3RD CLASS BRIAN ANDREW COLLINS,    :
USN, DECEASED; and                 :
                                   : Civil No. 3:15-cv-01877(AWT)
PETTY OFFICER 2ND CLASS DYLAN      :
MORGAN BOONE, USN,                 :
                                   :
       Plaintiffs,                 :
                                   :
v.                                 :
                                   :
SIKORSKY AIRCRAFT CORPORATION;     :
SIKORSKY SUPPORT SERVICE, INC. DBA :
SIKORSKY AEROSPACE SERVICES;       :
GENERAL ELECTRIC COMPANY; E.I. DU  :
PONT DE NEMOURS AND COMPANY; and   :
L-3 COMMUNICATIONS CORPORATION,    :
                                   :
       Defendants.                 :
------------------------------- x
```

**ORDER**

The court has approved the settlement with respect to the last remaining defendant, L-3 Communications Corporation. All that remains to be done is the filing of a Stipulation of Dismissal. Rather than continue to keep the case open on the

1

docket, the Clerk is directed to administratively close the case without prejudice to reopening on or before June 19, 2019.

If the parties wish to file a stipulation or dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before July 19, 2019.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

It is so ordered.

Signed this 21st day of March 2019, at Hartford, Connecticut.

                                                                      _/s/ AWT_
                                                          Alvin W. Thompson
                                          United States District Judge